## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON SUSCRIBING TO CERTIFICATE NUMBERS 6540/ATR049 AND 2252/SMP579** | * |
| | * |
| Suite 405 New Loom House 101 Black Church Lane London EN E1 1LU | * |
| | * |
| | Civil Action No.: |
| Plaintiff, | * |
| v. | * |
| **TEXAS AVENUE, LLC** 2700 Texas Ave SE Washington D.C. 20020 | * |
| | * |
| Serve on:  Quinn O'Connell, R.A. 5100 Wisconsin Ave, NW Suite 514 Washington, DC 20016 | * |
| | * |
| Defendant. | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, Certain Interested Underwriters at Lloyd's London Subscribing To Certificate Numbers 6540/ATR049 and 2252/SMP579 (hereinafter "Lloyd's"), by and through its undersigned counsel, brings this action for a declaratory judgment, pursuant to 28 U.S.C. § 2201 and Fed. Rule Civ. Proc. 57, and alleges as follows:

## NATURE OF CLAIM

1.     This is an action for declaratory judgment brought pursuant to Rule 57 of the Federal Rules of Civil Procedure and Section 2201 of Title 28 of the United States Code to declare the rights and other legal relations surrounding questions of actual controversy that

presently exist between Lloyd's and the Defendant, Texas Ave, LLC (hereinafter "Texas Ave").

For the reasons stated in this Complaint, Lloyd's asserts that it has no contractual obligation to

Texas Ave because the insurance policies at issue were not in effect at the time of the loss. In the

alternative, even if the policies had been in effect at the time of the loss, there would still not be

coverage for the loss if Texas Ave failed to comply with essential terms of the policy.

## JURISDICTION AND VENUE

2.       This Court has jurisdiction in this action pursuant to 28 U.S.C. § 1332, as

amended, as the matter in controversy involves a dispute between citizens of different states and

the amount in controversy, exclusive of interest and costs, exceeds $75,000.

3.       Venue is proper in this District pursuant to 28 U.S.C. § 1391(a) as a substantial

part of the events or omissions giving rise to this action are located in this jurisdiction and the

Defendant is subject to personal jurisdiction in this District.

## PARTIES

4.       Plaintiff Lloyd's is a British corporation organized under the laws of the United

Kingdom and maintains its principal place of business in London, England.

5.       Upon information and belief, Defendant Texas Ave is a limited liability company

organized and existing under the laws of the Commonwealth of Virginia and has its principal

place of business in Washington, D.C.

## FACTUAL ALLEGATIONS

6.       On or about October of 2004, Texas Ave, by and through its insurance agent,

solicited a quotation for commercial lines of insurance for the benefit of its commercial rental

property located at 2700 Texas Ave SE, Washington D.C. 20020. Upon information and belief,

that policy was issued and cancelled shortly thereafter for nonpayment of a premium due under the terms of the policy. See Facsimile Cover Page, dated August 29, 2005, from M.A. Chenault Insurance Services, and Commercial Insurance Application, dated October 1, 2004, attached hereto as Exhibit A.

7.    On or about September of 2005, Texas Ave, by and through its insurance agent, solicited Lloyd's for a policy of insurance. On September 9, 2005, Lloyd's issued a quotation for a policy of insurance to Texas Ave. See Commercial Lines Insurance Quotation, dated September 9, 2006, attached hereto as Exhibit B. Texas Ave did not act on this quote and it never became effective.

8.    Instead, on or around January 4, 2006, Texas Ave once again solicited a quotation from Lloyd's to issue commercial lines of insurance for the benefit of the commercial property located at 2700 Texas Ave SE, Washington D.C. 20020, and specifically inquired as to whether the terms of insurance offered in the September 9, 2005, quote would still be available for their benefit. See Facsimile Cover Page, dated January 4, 2006, from M.A. Chenault Insurance Services, and attached Quotation, attached hereto as Exhibit C.

9.    On January 10, 2006, Lloyd's issued a quotation for a policy of insurance to Texas Ave, which was virtually identical to the quotation issued on September 9, 2005. See Commercial Lines Insurance Quotation, dated January 10, 2006, attached hereto as Exhibit D. Specifically, Lloyd's offered a policy of insurance comprised of two certificates. Certificate number 6540/ATR049 supported 100% of the requested liability insurance and 50% of the requested property insurance, while certificate number 2252/SMP579 supported the remaining 50% of the requested property insurance. The parties were bound to the policy that same day.

10.     On or about September 25, 2006, Texas Ave was sent notice of cancellation of each of their two certificates due to nonpayment.  See Notices of Cancellation, policy number 1580/SMP579, and policy number 3427/ATR049, dated September 25, 2006, attached hereto as Exhibit E.

11.     On or about November 14, 2006, Texas Ave brought their account with their finance company current, and their finance company issued two Reinstatement Requests, one for each policy, asking that Lloyd's rescind the original request for cancellation.  See Reinstatement Requests, policy number 1580/SMP579, and policy number 3427/ATR049, dated November 14, 2006, attached hereto as Exhibit F.

12.     On December 15, 2006, Lloyd's issued a proposal for the renewal of the subject policy's two certificates.  See Commercial Lines Insurance Quotation, dated December 15, 2006, attached hereto as Exhibit G.  The policy was renewed on January 10, 2007.  A complete copy of the policy at issue will be filed as Exhibit M to supplement the instant Complaint when the complete policy becomes available.

13.     On or about April 26, 2007, Texas Ave was sent another notice of cancellation of each of their two policies due to nonpayment of a premium due under the terms of the policy.  See Notice of Cancellation, policy number 2252/SMP579, and Notice of Cancellation, policy number 6540/ATR049, dated April 26, 2007, attached hereto as Exhibit H.

14.     On or about May 16, 2007, Texas Ave, by and through its insurance agent, received a letter alerting it that the premium finance company had issued a notice of cancellation and further alerting it of the required steps for seeking reinstatement of the policy.  See May 16, 2007 Letter to Maggie Chenault, attached hereto as Exhibit I.

15.    On or about June 4, 2007, Texas Ave brought their account with the premium finance company to "current status" and, yet again, their finance company issued Reinstatement Requests, asking that Lloyd's rescind the prior request for cancellation. See Reinstatement Request, policy number 6540/ATR049, dated June 4, 2007, attached hereto as Exhibit J.

16.    Upon information and belief, in or about early June 2007, Texas Ave had not tendered any required payment for the insurance policies at issue since March, and had missed scheduled payments. Thus, on or about June 12, 2007, even after returning their account to "current status," Texas Ave's account with the premium finance company had a remaining balance due of $2,047.02, with five payments left due on June 5, 2007.

17.    On July 5, 2007, Texas Ave was again sent notice of cancellation due to nonpayment of a premium due under the terms of the policy. See Notice of Cancellation, policy number 2252/SMP579, and Notice of Cancellation, policy number 6540/ATR049, dated July 5, 2007, attached hereto as Exhibit K.

18.    Upon receiving the July 5, 2007 Notice of Cancellation, Texas Ave took no action to pursue reinstatement of their insurance policies. Despite their familiarity with the cancellation and reinstatement procedures, Texas Ave did not proceed as it had in its past efforts to bring accounts current and reinstate its insurance policies.

19.    Instead, Texas Ave took no action in response to the July 5, 2007 Notice of Cancellation. After being issued the July 5, 2007, Notice of Cancellation, Texas Ave did not attempt to reinstate their insurance policies for more than two months. Upon information and belief, Texas Ave took no action to reinstate their insurance policies between July 5, 2007 and the date of loss.

20.    On or about August 30, 2007, Texas Ave, by and through its insurance agent, received a letter alerting it that the premium finance company had issued a notice of cancellation and further alerting it of the required steps for seeking reinstatement of the policy. See August 30, 2007 Letter to Maggie Chenault, attached hereto as Exhibit L. This letter was identical in substance to the letter of May 16, 2007, but, unlike the May letter, this August 30, 2007 went unanswered by Texas Ave.

21.    On September 22, 2007, a tenant of 2700 Texas Ave SE, Washington D.C. 20020 negligently set fire to the building with an untended cigarette. The building sustained property damage. Upon information and belief, the tenant who caused the fire was killed in the blaze.

22.    Despite the fact that the policy of insurance had been cancelled months earlier, Texas Ave placed Lloyd's on notice of the loss. However, as a result of Texas Ave's actions and inactions, Lloyd's has no obligation under the policies at issue because the policies had been cancelled and were not in effect at the time of the loss. Further, even if a policy was in effect at the time of the claimed loss, Texas Ave will be deemed to have discharged Lloyd's from its obligation if it failed to comply with the policy's protective safeguards endorsement, which was an express condition of insurance.

## ACTUAL CONTROVERSY

23.    Texas Ave has made a claim for insurance coverage asserting an entitlement to coverage for property damage arising from the fire of September 22, 2007.

24.    Texas Ave's claim has been denied because the date of loss was more than ten weeks after the subject policies were cancelled.

25.    An actual and justiciable controversy exists among the parties as to the nature and

extent of Lloyd's obligation and/or liability, if any, to Texas Ave under the policies.

## COUNT I
(Declaratory Judgment -- No Policy in Effect at Time of Loss)

26.    Lloyd's incorporates by reference paragraphs paragraphs 1-25 as if fully set forth herein.

27.    Because Texas Ave was issued Notice of Cancellation due to nonpayment of a premium due in regards to both of the policies at issue more than ten weeks before the date of loss, and because Texas Ave failed to act to have their policies reinstated as they were instructed to do and had done before, there was no policy in effect at the time of the loss and Lloyd's currently has no obligation to Texas Ave.

## COUNT II
(Declaratory Judgment -- Compliance with Terms)

28.    Lloyd's incorporates by reference paragraphs paragraphs 1-27 as if fully set forth herein.

29.    The policies at issue were subject to a protective safeguards endorsement which required Texas Ave to maintain functional smoke alarms in all units as a condition of insurance.

30.    It is currently unclear whether Texas Ave failed to comply with these contract terms.

31.    Thus, even if any policy had been in effect at the time of the loss, and none was, coverage would still not exist if Texas Ave failed to comply with the protective safeguards endorsement.

32.    Plaintiff reserves the right to assert other defenses to the claim available under the alleged policy, as well as exclusions and conditions, as they become evident during the course of this litigation.

33.    Plaintiff seeks a declaratory judgment as to the parties' respective rights and obligations relevant to the alleged insurance policy in question.

WHEREFORE, Plaintiff respectfully prays:

(1)    That this Court enter judgment declaring that Plaintiff is not liable to Defendant under the terms and conditions of the relevant insurance policies and/or applicable law;

(2)    That the Court enter judgment declaring the parties' respective rights and obligations with respect to the claims asserted by Defendant; and

(3)    That this Court award Plaintiff its costs associated with maintaining this action, along with any further relief this Court may deem just and proper.

Respectfully submitted,

JEFFREY A. WOTHERS, Bar No. 436137
Miles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202-6185
(410) 783-6365
*Counsel for Plaintiff*

**Exhibit A**

# M.A. CHENAULT INSURANCE SERVICES
## 329 Prince George Street
## Laurel, Maryland 20707
### Phone 301-490-4966 Fax 301-498-6526

Date: 8/29/05   Time: _____   Total Pages Including Cover: 6

TO: Shawn   From: Max

RE: TEXAS Ave

FAX #: 804-330-9485

*************************************************************
IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AS SOON AS POSSIBLE @301-490-4966.
*************************************************************

We wrote this in Oct & it
cancelled for nonpay. They
would like to try again with
a better book keeping system
in place.

THIS FACSIMILE CONTAINS PRIVILEGED & CONFIDENTIAL INFORMATION INTENDED FOR USE BY THE ADDRESSEE ONLY.

8/21/05

**ACORD** COMMERCIAL INSURANCE APPLICATION
APPLICANT INFORMATION SECTION

| AGENCY | CARRIER | NAIC CODE | UNDERWRITER | UNDERWRITER OFF. |
|---|---|---|---|---|

M.A. Chenault

| | POLICIES OR PROGRAM REQUESTED | | POLICY NUMBER |
|---|---|---|---|

INDICATE SECTIONS ATTACHED
- PROPERTY
- GLASS AND SIGN
- ACCOUNTS RECEIVABLE/VALUABLE PAPERS
- CRIME/MISCELLANEOUS CRIME
- TRANSPORTATION/MOTOR TRUCK CARGO

- EQUIPMENT FLOATER
- INSTALLATION/BUILDERS RISK
- ELECTRONIC DATA PROC
- ✓ COMMERCIAL GENERAL LIABILITY
- BUSINESS AUTO
- TRUCKERS/MOTOR CARRIER

- GARAGE AND DEALERS
- VEHICLE SCHEDULE
- BOILER & MACHINERY
- WORKERS COMPENSATION
- UMBRELLA

CODE:   SUB CODE:
AGENCY CUSTOMER ID:

**STATUS OF TRANSACTION**

QUOTE   ISSUE POLICY   RENEW
BOUND (Give Date and/or Attach Copy)
CHANGE   DATE   TIME   AM   ASAP
CANCEL

**PACKAGE POLICY INFORMATION**
ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES

| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| | | DIRECT BILL | | |
| | | AGENCY BILL | | |

**APPLICANT INFORMATION**

NAME (First Named Insured & Other Named Insured/s)

Texas Ave, LLC

E-MAIL ADDRESS:

INDIVIDUAL   CORPORATION   SUBCHAPTER "S" CORPORATION   ✓ LLC
PARTNERSHIP   JOINT VENTURE   NOT FOR PROFIT ORG   NO. OF MEMBERS AND MANAGERS

INSPECTION CONTACT   McKeu 703-548-8357

MAILING ADDRESS (incl. ZIP+4) (of First Named Insured)
c/o Mimi Chenault
PO Box 151443
Alexandria, VA 22315

| FEIN OR SOC SEC # | | | DATE BUS STARTED |
|---|---|---|---|

ACCOUNTING RECORDS CONTACT

**PREMISES INFORMATION**

| LOC # | BLG # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | PART OCCUPIED |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 2700 Texas Ave, SE Wash, DC 20020 | ✓ INSIDE / OUTSIDE | ✓ OWNER / TENANT | 1964 | | entire |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

8 unit apartment - fully occupied, No section 8

**GENERAL INFORMATION**

EXPLAIN ALL "YES" RESPONSES

| | | YES | NO |
|---|---|---|---|
| 1a. | IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY? | | ✓ |
| 1b. | DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | ✓ |
| 2. | IS A FORMAL SAFETY PROGRAM IN OPERATION? | | ✓ |
| 3. | ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | ✓ |
| 4. | ANY CATASTROPHE EXPOSURE? | | ✓ |
| 5. | ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | ✓ |
| 6. | ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE LAST 3 YEARS? (Not applicable in MO) | ✓ | |

REMARKS/PROCESSING INSTRUCTIONS

State Farm Canceled   No Exterior Fire Escape

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND (NY) SUBSTANTIAL CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR, or VT) In CO, LA, ME, TN and VA, insurance benefits may also be denied)

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND CERTIFIES THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE CERTIFIES THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

| APPLICANT'S SIGNATURE | DATE | | NATIONAL PRODUCER NUMBER |
|---|---|---|---|

ACORD 125 (2003/01)   PLEASE COMPLETE REVERSE SIDE   © ACORD CORPORATION 1993

**Exhibit B**

01/04/2006  03:11   3014986776                    MA CHENAULT                        PAGE  09/12
09/09/2005 14:03:20        .l Risks, LTD        --> 301496..26              P.002/007



9030 Stony Pt. Pkwy, Suite 230
Richmond, VA. 23235
(800) 366-7475 or (804) 330-4652
Fax (804) 330-9485
www.allrisks.com

**COMMERCIAL LINES INSURANCE QUOTATION**     PAGE    1

9/09/05

FROM:   KATHY BLACKWELL
        RICHMOND OFC          18043309485
        FAX: 1-804-330-9485                    Extension:  205

**CORPORATE OFFICE**

Hunt Valley, MD

TO:     M.A. CHENAULT INSURANCE SVCS    190354
        FAX: 1-301-498-6525

ATTN:   Maggie Chenault

RE:     TEXAS AVE LLC

**BRANCH OFFICES**

Phoenix, AZ

Oakland, CA

Ft. Lauderdale, FL

Jupiter, FL

Atlanta, GA

Duluth, GA

Charlotte, NC

Conshohocken, PA

York, PA

Dallas, TX

Richmond, VA

WE ARE PLEASED TO SUBMIT OUR PROPOSAL FOR THE CAPTIONED SUBJECT. QUOTE IS
BASED ON THE FOLLOWING LIMITS, COVERAGE, ETC. PLEASE READ QUOTE CAREFULLY
AS COVERAGES BEING OFFERED MAY BE MORE LIMITED THAN COVERAGES REQUESTED.

THE INSURANCE POLICY THAT YOU HAVE APPLIED FOR HAS BEEN PLACED WITH OR IS
BEING OBTAINED FROM AN INSURER APPROVED BY THE STATE CORPORATION COMMISSION
FOR ISSUANCE OF SURPLUS LINES INSURANCE IN THIS COMMONWEALTH, BUT NOT
LICENSED OR REGULATED BY THE STATE CORPORATION COMMISSION OF THE COMMON-
WEALTH OF VIRGINIA. THEREFORE YOU, THE POLICYHOLDER, AND PERSONS FILING A
CLAIM AGAINST YOU ARE NOT PROTECTED UNDER THE VIRGINIA PROPERTY AND CASUALTY
INSURANCE GUARANTY ASSOCIATION AGAINST DEFAULT OF THE COMPANY DUE TO INSOLV-
ENCY. IN THE EVENT OF INSURANCE COMPANY INSOLVENCY YOU MAY BE UNABLE TO
COLLECT ANY AMOUNT OWED TO YOU BY THE COMPANY REGARDLESS OF THE TERMS OF THIS
INSURANCE POLICY, AND YOU MAY HAVE TO PAY FOR ANY CLAIMS MADE AGAINST YOU.

**Section I / Property Coverage**

| Limit | Property Covered | Causes of Loss |
|-------|------------------|----------------|
| $600,000 | BUILDING 80% CO-INS RCV BASIS $1000 DEDUCTIBLE | SPECIAL FORM |
| $25,800 | BUSINESS INCOME WITH EXTRA EXPENSE INCLUDING RENTAL VALUE 1/6 MONTHLY LIMITATION | |

PREMIUM:                        $3,773.00
TAX:                              $88.27
INSPECTION FEE:                  $150.00
ASSESSMENT P                       $1.18
COMPANY:             CERTAIN UNDERWRITERS AT LLOYDS
MINIMUM EARNED PREMIUM:   25% AT INCEPTION.
*****************************************************************

**SECTION II / GENERAL LIABILITY COVERAGE :**

GENERAL AGGREGATE                            2,000,000
PRODUCTS/COMPLETED OPERATIONS AGGREGATE      1,000,000

(CONTINUED)

01/04/2006  03:11   3014986526                    MA CHENAULT                                    PAGE  10/12
09/09/2005 14:03:46        11 Risks, LTD          --> 301496-526                    P.003/007

# all risks

9030 Stony Pt. Pkwy, Suite 230
Richmond, VA. 23235
(800) 366-7475 or (804) 330-4652
Fax(804)330-9488
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION        PAGE    2

RE:    TEXAS AVE LLC

**CORPORATE OFFICE**
Hunt Valley, MD

PERSONAL & ADVERTISING INJURY
EACH OCCURRENCE                                          1,000,000
FIRE DAMAGE LEGAL LIABILITY                              1,000,000
MEDICAL PAYMENTS                                           100,000
                                                             5,000

DEDUCTIBLE:        $500  PER CLAIM INCLUDING LOSS ADJUSTMENT
                        EXPENSE AND DEFENSE COSTS.

**BRANCH OFFICES**

Phoenix, AZ

Oakland, CA

Ft.Lauderdale, FL

Jupiter, FL

Atlanta, GA

Duluth, GA

Charlotte, NC

Conshohocken, PA

York, PA

Dallas, TX

Richmond, VA

PREMIUM:
TAX:                            $750.00
ASSESSMENT F                    $16.88
COMPANY:                          0.23
MINIMUM EARNED PREMIUM:  25% AT INCEPTION.     CERTAIN UNDERWRITERS AT LLOYDS
**************************************************************************

APPLICABLE TERMS (ACTUAL POLICY MAY CONTAIN ADDITIONAL TERMS):
- ARF3456                 BRITISH COMMON POLICY DEC
- ARF3457                 BRITISH LIABILITY SUPPLEMENTAL DECLARATIONS
- NMA2341(24/11/88)       LAND, WATER AND AIR EXCLUSION
- NMA2920(08/10/01)       TERRORISM EXCLUSION ENDORSEMENT
- CG0001(7/98)            COMMERCIAL GENERAL LIABILITY COVERAGE FORM
- CP0010(4/02)            BUILDING AND PERSONAL PROPERTY COVERAGE
- ARF1779(10/96)          SCHEDULE OF FORMS
- ARF2408                 MINIMUM AND ADVANCE PREMIUM ENDORSEMENT
- AR-81(4/88)             TOTAL LOSS ENDORSEMENT
- AR-85            P/O   VACANCY & UNOCCUPANCY CLAUSE
- AR-86            P/O   SERVICE ON SUIT CLAUSE (U.S.A.)
- ARF7771                 COMBINATION ENDORSEMENT FOR CGL 98 FORM-LIABILITY INSURANCE
- CG0300(1/96)            DEDUCTIBLE LIABILITY INSURANCE
- LSW1135B (5/03)         LLOYD'S PRIVACY POLICY STATEMENT
- NMA1191                 RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE
- NMA1256(17/3/60)        NUCLEAR INCIDENT EXCLUSION CLAUSE-LIABILITY-DIRECT(BROAD)
- NMA1331(20/4/61)        CANCELLATION CLAUSE
- NMA1998                 SERVICE ON SUIT CLAUSE (U.S.A.)
- NMA2342(24/11/88)       SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION
- NMA2802(17/12/97)       ELECTRONIC DATA RECOGNITION EXCLUSION(EDRE)
- NMA464                  WAR AND CIVIL WAR EXCLUSION CLAUSE
- CP0090(7/88)            COMMERCIAL PROPERTY CONDITIONS
- IL0017(11/85)           COMMON POLICY CONDITIONS
- LSW 1001                SEVERAL LIABILITY NOTICE
- MOLDNEW(9/01)           TOTAL "MOLD EXCLUSION"
- NMA2962 (2/03)          BIOLOGICAL OR CHEMICAL MATERIALS EXCLUSION
- IL0415(4/98)            PROTECTIVE SAFEGUARDS
- CP0030(4/02)            BUSINESS INCOME(AND EXTRA EXPENSE) COVERAGE FORM
- CP1030(4/02)            CAUSE OF LOSS - SPECIAL FORM

(CONTINUED)

01/04/2006  03:11    3014986526                    MA CHENAULT                              PAGE  11/12
09/09/2005 14:04:11        .ll Risks, LTD        --> 3014986526                    P.004/007



9030 Stony Pt. Pkwy, Suite 230
Richmond, VA. 23235
(800) 345-7475 or (804) 330-4452
Fax(804)330-9487
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION          PAGE    3

RE:     TEXAS AVE LLC

TOTAL NUMBERS
PREMIUM:                $4,523.00
TAX:                      $105.15
INSPECTION FEE:           $150.00
ASSESSMENT F               $1.41
TOTAL:                  $4,779.56

**CORPORATE OFFICE**
Hunt Valley, MD

COMPANY:            CERTAIN UNDERWRITERS AT LLOYDS
COMMISSION:         .1000

**BRANCH OFFICES**

Phoenix, AZ

Oakland, CA

Ft. Lauderdale, FL

Jupiter, FL

Atlanta, GA

Duluth, GA

Charlotte, NC

Conshohocken, PA

York, PA

Dallas, TX

Richmond, VA

REMARKS: TERMS/EXCLUSIONS PER POLICY TO BE ISSUED.
TERRORISM CAN BE ADDED FOR AN ADDITIONAL PREMIUM
OF $1194. WE WILL NEED THE SIGNED TRIA EITHER
ACCEPTING OR REJECTING TERRORISM ALONG WITH, THREE
DECLINING CARRIERS, INSPECTION CONTACT, AND
UPDATED ACORDS PRIOR TO BINDING.
POLICY WILL WARRANT:
FIRE EXTINGUISHERS
SMOKE ALARMS IN ALL UNITS

(CONTINUED)

01/04/2006  03:11    3014985576                    MA CHENAULT                      PAGE  12/12
09/09/2005  14:04:26        .l Risks, LTD        --> 3014980026              P.005/007



9030 Stony Pt. Pkwy, Suite 230
Richmond, VA. 23235
(800) 568-7475 or (804) 330-4452
Fax:(804)330-9488
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION          PAGE    4

RE:    TEXAS AVE LLC

QUOTE IS SUBJECT TO A SATISFACTORY INSPECTION AND IS VALID FOR  30 DAYS.
IF COVERAGE IS BOUND PLEASE PROVIDE THE NAME AND NUMBER OF THE
INSPECTION CONTACT. IF COVERAGE IS FINANCED, WE CANNOT GUARANTEE
REINSTATEMENT FOR NON-PAYMENT OF PREMIUM. REINSTATEMENT ELIGIBILITY
VARIES BY INDIVIDUAL CARRIER. WE LOOK FORWARD TO HEARING FROM YOU.

**CORPORATE OFFICE**
Hunt Valley, MD

**BRANCH OFFICES**

Phoenix, AZ

Oakland, CA

Ft. Lauderdale, FL

Jupiter, FL

Atlanta, GA

Duluth, GA

Charlotte, NC

Conshohocken, PA

York, PA

Dallas, TX

Richmond, VA

**Exhibit C**

01/04/2008  03:11    3014986576          MA CHENAULT                        PAGE  01/12

# M.A.CHENAULT INSURANCE SERVICES
### 329 Prince George Street
### Laurel, Maryland 20707
### Phone 301-490-4966 Fax 301-498-6526

Date: 1 4 06  Time: _____  Total Pages Including Cover  12

TO: Shimmm    From: Mg

RE: TEXAS AVE

FAX #: 804 330 9485

*****************************************************************************
IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AS SOON AS POSSIBLE @301-490-4966
*****************************************************************************

You quoted (Attached) & the
client was lured by Another
Agent who did not come
thru.
 Please review & let me
Know if we can still use.
Client now Anxious of
course.

THIS FACSIMILE CONTAINS PRIVILEGED & CONFIDENTIAL INFORMATION INTENDED FOR USE BY THE
ADDRESSEE ONLY.

## IMPORTANT PLEASE READ
Mortgage clause changes for refinances will not be changed with the carrier
until we have been notified that closing has been completed.

# M.A. CHENAULT INSURANCE SERVICES
### 329 Prince George Street
### Laurel, Maryland 20707
### Phone 301-490-4966 Fax 301-498-6526

Date: 8/29/05   Time: _____   Total Pages Including Cover: 6

TO: Shawn   From: Max

RE: TEXAS AVE

FAX #: 804-330-9485

**************************************************
IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AS SOON AS POSSIBLE @ 301-490-4966.
**************************************************

We wrote this in Oct & it
cancelled for nonpay. They
would like to try again with
a better book keeping system
in place.

MAS

THIS FACSIMILE CONTAINS PRIVILEGED & CONFIDENTIAL INFORMATION INTENDED FOR USE BY THE
ADDRESSEE ONLY.

8/25/05

10/1/04

# ACORD™ COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

**AGENCY**

M.A. Chenault

**CODE:**   **SUB CODE:**
**AGENCY CUSTOMER ID:**

**CARRIER**   **NAIC CODE:**   **UNDERWRITER**   **UNDERWRITER OFF.**

**POLICIES OR PROGRAM IS REQUESTED**

**POLICY NUMBER**

**INDICATE SECTIONS ATTACHED**

- [X] PROPERTY
- GLASS AND SIGN
- ACCOUNTS RECEIVABLE / VALUABLE PAPERS
- CRIME/MISCELLANEOUS CRIME
- TRANSPORTATION / MOTOR TRUCK CARGO
- EQUIPMENT FLOATER
- INSTALLATION/BUILDERS RISK
- ELECTRONIC DATA PROC
- [X] COMMERCIAL GENERAL LIABILITY
- BUSINESS AUTO
- TRUCKERS/MOTOR CARRIER
- GARAGE AND DEALERS
- VEHICLE SCHEDULE
- BOILER & MACHINERY
- WORKERS COMPENSATION
- UMBRELLA

## STATUS OF TRANSACTION

| QUOTE | ISSUE POLICY | RENEW |
| BOUND (Give Date and/or Attach Copy) |
| CHANGE   DATE   TIME |
| CANCEL |

AM  PM
ASAP

### PACKAGE POLICY INFORMATION
ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES.

| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| | | DIRECT BILL | | |
| | | AGENCY BILL | | |

## APPLICANT INFORMATION

**NAME (First Named Insured & Other Named Insureds)**

Texas Ave, LLC

**MAILING ADDRESS incl. ZIP+4 (of First Named Insured)**

c/o Mimi Chenault
PO Box 151443
Alexandria, VA 22315

- INDIVIDUAL
- [X] CORPORATION
- SUBCHAPTER "S" CORPORATION
- [X] LLC
- OR BUREAU NAME
- ID NUMBER
- PARTNERSHIP
- JOINT VENTURE
- NOT FOR PROFIT ORG.
- LLP

**INSPECTION CONTACT**   Mickey   703-548-835?

## PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | PART OCCUPIED |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 2700 Texas Ave, SE Wash, DC 20020 | [X] INSIDE / OUTSIDE | [X] OWNER / TENANT | 1964 | | entire |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

8 unit apartment — fully occupied, No section 8

## GENERAL INFORMATION

**EXPLAIN ALL "YES" RESPONSES**

1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY?
1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES?
2. IS A FORMAL SAFETY PROGRAM IN OPERATION?
3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS?
4. ANY CATASTROPHE EXPOSURE?
5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED?
6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? (Not applicable in MO)

**EXPLAIN ALL "YES" RESPONSES**

7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING?
8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON?
9. ANY UNCORRECTED FIRE CODE VIOLATIONS?
10. ANY BANKRUPTCY, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS?
11. HAS BUSINESS BEEN PLACED IN A TRUST? IF YES, NAME OF TRUST:

**REMARKS/PROCESSING INSTRUCTIONS**

State Farm Cancelled   No exterior fire escape

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND (NY): SUBSTANTIAL CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OR, OK, or VT; in CO, LA, ME, TN and VA, insurance benefits may also be denied)

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND CERTIFIES THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE CERTIFIES THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

| APPLICANT'S SIGNATURE | DATE | PRODUCER'S SIGNATURE | NATIONAL PRODUCER NUMBER |
|---|---|---|---|
| | | | |

**ACORD 125 (2003/01)**   PLEASE COMPLETE REVERSE SIDE   © ACORD CORPORATION 1993

# PRIOR CARRIER INFORMATION

| LINE | CATEGORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL COMMERCIAL LIABILITY | CARRIER | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | |
| | RETRO DATE | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | |
| | GENERAL AGGREGATE | | | | | | | | | |
| | PRODUCTS COMP OP AGGREGATE | | | | | | | | | |
| | PERSONAL & ADV INJ | | | | | | | | | |
| | EACH OCCURRENCE | | | | | | | | | |
| | FIRE DAMAGE | | | | | | | | | |
| | MEDICAL EXPENSE | | | | | | | | | |
| | BODILY INJURY OCCURRENCE | | | | | | | | | |
| | AGGREGATE | | | | | | | | | |
| | PROPERTY OCCURRENCE DAMAGE AGGREGATE | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | |
| AUTOMOBILE LIABILITY | CARRIER | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | |
| | BODILY INJURY EA PERSON | | | | | | | | | |
| | EA ACCIDENT | | | | | | | | | |
| | PROPERTY DAMAGE | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | |
| PROPERTY | CARRIER | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | |
| | BUILDING AMT | | | | | | | | | |
| | PERS PROP AMT | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | |
| | CARRIER | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | |
| | LIMIT | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | |

Handwritten: Lloyds 10/27/04 - 2/3/05; State Farm

## LOSS HISTORY

FOR ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR FIVE (5) YEARS INCLUDING...

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS |
|---|---|---|---|---|---|---|
| | | NONE | | | | OPEN |
| | | | | | | CLOSED |
| | | | | | | OPEN |
| | | | | | | CLOSED |

REMARKS
NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

ATTACHMENTS
STATE SUPPLEMENT(S) (If applicable)

COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.)

NOTICE OF INSURANCE INFORMATION PRACTICES: PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

ACORD 125 (2002/01)

# ACORD. COMMERCIAL GENERAL LIABILITY SECTION

| PRODUCER | | DATE |
|---|---|---|

**PRODUCER** MA.Chenault

**APPLICANT** Texas Ave, LLC

CODE:     SUB CODE:
AGENCY CUSTOMER ID:

EFFECTIVE DATE & EXPIRATION DATE

DIRECT BILL    AGENCY BILL

PAYMENT PLAN    AUDIT

FOR COMPANY USE ONLY

## COVERAGES

COMMERCIAL GENERAL LIABILITY
- CLAIMS MADE
- OCCURRENCE
- OWNER'S & CONTRACTOR'S PROTECTIVE

**DEDUCTIBLES**
- PROPERTY DAMAGE $
- BODILY INJURY $
- $

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (For hired/non-owned auto coverage attach the Business Auto Section, ACORD 127)

### LIMITS

| | |
|---|---|
| GENERAL AGGREGATE | $ 2,000,000 |
| PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ 1,000,000 |
| PERSONAL & ADVERTISING INJURY | $ 1,000,000 |
| EACH OCCURRENCE | $ 1,000,000 |
| DAMAGE TO RENTED PREMISES (each occurrence) | $ 100,000 |
| MEDICAL EXPENSE (Any one person) | $ 5,000 |
| EMPLOYEE BENEFITS | $ |

PREMIUMS:
PREMISES/OPERATIONS
PRODUCTS
OTHER
TOTAL

## SCHEDULE OF HAZARDS

| LOCATION | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | EXPOSURE | TERR | RATE PREM/OPS | RATE PRODUCTS | PREMIUM PREM/OPS | PREMIUM PRODUCTS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | garden apts (office) | | 8 units | | | | | | |

RATING AND PREMIUM BASIS
(S) GROSS SALES - PER $1,000/SALES    (P) PAYROLL - PER $1,000/PAY    (A) AREA - PER 1,000/SQ FT

(C) TOTAL COST - PER $1,000/COST
(M) ADMISSIONS - PER 1,000/ADM

(U) UNIT - PER UNIT
(T) OTHER

## CLAIMS MADE (Explain all "Yes" responses)

1. PROPOSED RETROACTIVE DATE:
2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COV:
3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE?    YES | NO
4. WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY?

REMARKS

## EMPLOYEE BENEFITS LIABILITY

1. DEDUCTIBLE PER CLAIM: $
2. NUMBER OF EMPLOYEES:
3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS:
4. RETROACTIVE DATE:

REMARKS

ACORD 126 (2000/04)      PLEASE COMPLETE REVERSE SIDE      © ACORD CORPORATION 1993

## CONTRACTORS

EXPLAIN ALL "YES" RESPONSES (For past or present operations)

| | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | | 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | | | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | |

REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB-CONTRACTORS: | % OF WORK SUBCONTRACTED: | # FULL-TIME STAFF: | # PART-TIME STAFF:

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | COMPLETED USE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| | | | | | | |

EXPLAIN ALL "YES" RESPONSES (for any past or present product or operation)

| | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | | 8. PRODUCTS UNDER LABEL OF OTHERS? | | |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | | | 9. VENDORS COVERAGE REQUIRED? | | |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC.

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT | ACORD 45 attached for additional names

| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | | | | | | LOCATION: / BUILDING: |
| LOSS PAYEE | | | | | | VEHICLE: / BOAT: |
| MORTGAGEE | | | | | | SCHEDULED ITEM NUMBER: |
| LIENHOLDER | | | | | | OTHER |
| EMPLOYEE AS LESSOR | | | | | | |

ITEM DESCRIPTION:

## GENERAL INFORMATION

EXPLAIN ALL "YES" RESPONSES (For all past or present operations)

| | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | |
| 3. DO HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | |
| | | | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | | | | |
| 8. IS A FEE CHARGED FOR PARKING? | | | 19. IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | | |
| 9. RECREATION FACILITIES PROVIDED? | | | | | |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | | 20. DOES THE BUSINESS'S PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | | | | |

REMARKS:

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND (NY: SUBSTANTIAL) CIVIL PENALTIES. (NOT APPLICABLE IN CO, HI, NE, OH, OK, OR; IN DC, LA, ME AND VA, INSURANCE BENEFITS MAY ALSO BE DENIED)

ACORD 126 (2000/04) ATTACH TO APPLICANT INFORMATION SECTION

ADDITIONAL PREMISES INFORMATION

STREET ADDRESS: 3100 Texas Ave, SE Washington

BLDG DESCRIPTION: Suite AD

| SUBJECT OF INSURANCE | AMOUNT | | CAUSES OF LOSS | | DEDUCTIBLE | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|
| Apartment | 600,000 | 80 | DC Speci | | 1,000 | |
| OR | 4860 x 6 months | | | | | |

Plumbing Updated 2004

CONSTRUCTION TYPE: Masonry

#STORIES: 3   #UNITS: (  )   YEAR BUILT: 1965   TOTAL AREA: 6,967

ROOF TYPE: Shingles   OTHER OCCUPANCIES: None

yard to bldg   yard to bldg

yard used Smoke detectors

8 parking spaces

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND ANY SUBSTANTIAL CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied)
ACORD 140 (2002/09)

| TRANSMISSION VERIFICATION REPORT |
|---|

```
TIME  :  08/28/2005 11:13
NAME  :  MA CHENAULT INS
FAX   :  3014986526
TEL   :  3014904966
SER. # :  BROK2J715906
```

```
DATE,TIME              08/28  11:10
FAX NO./NAME           18043309465
DURATION               00:02:18
PAGE(S)                06
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# M.A. CHENAULT INSURANCE SERVICES
## 329 Prince George Street
## Laurel, Maryland 20707
### Phone 301-490-4966 Fax 301-498-6526

Date 8/24/05    Time: _____    Total Pages Including Cover 6

TO: Sharon    From: Meg

RE: TEXAS AVE

FAX #: 804-330-9485

***********************************************************
IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AS SOON AS POSSIBLE @301-490-4966.
***********************************************************

We wrote this in Oct & it
cancelled for nonpay. They
would like to try again with
a better book keeping system
in place.



all risks

9030 Stony Pt. Pkwy. Suite 230
Richmond, VA. 22225
(800) 366-7475 or (804) 330-4652
Fax(804)330-9485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION          PAGE    1

9/09/05

FROM:   KATHY BLACKWELL
        RICHMOND OFC         18048309485            Extension:  205
        FAX#: 1-804-330-9485

TO:     M.E. CHENAULT INSURANCE SVCS      190254
        FAX#: 1-301-498-6525

ATTN:   Maggie Chenault

RE:     TEXAS AVE LLC

**CORPORATE OFFICE**
Hunt Valley, MD

**BRANCH OFFICES**

Phoenix, AZ

Oakland, CA

Ft. Lauderdale, FL

Jupiter, FL

Atlanta, GA

Duluth, GA

Charlotte, NC

Conshohocken, PA

York, PA

Dallas, TX

Richmond, VA

WE ARE PLEASED TO SUBMIT OUR PROPOSAL FOR THE CAPTIONED SUBJECT. QUOTE IS
BASED ON THE FOLLOWING LIMITS, COVERAGE, ETC. PLEASE READ QUOTE CAREFULLY
AS COVERAGES BEING OFFERED MAY BE MORE LIMITED THAN COVERAGES REQUESTED.

THE INSURANCE POLICY THAT YOU HAVE APPLIED FOR HAS BEEN PLACED WITH OR IS
BEING OBTAINED FROM AN INSURER APPROVED BY THE STATE CORPORATION COMMISSION
FOR ISSUANCE OF SURPLUS LINES INSURANCE IN THIS COMMONWEALTH, BUT NOT
LICENCED OR REGULATED BY THE STATE CORPORATION COMMISSION OF THE COMMON-
WEALTH OF VIRGINIA. THEREFORE YOU, THE POLICYHOLDER, AND PERSONS FILING A
CLAIM AGAINST YOU ARE NOT PROTECTED UNDER THE VIRGINIA PROPERTY AND CASUALTY
INSURANCE GUARANTY ASSOCIATION AGAINST DEFAULT OF THE COMPANY DUE TO INSOLV-
ENCY. IN THE EVENT OF INSURANCE COMPANY INSOLVENCY YOU MAY BE UNABLE TO
COLLECT ANY AMOUNT OWED TO YOU BY THE COMPANY REGARDLESS OF THE TERMS OF THIS
INSURANCE POLICY, AND YOU MAY HAVE TO PAY FOR ANY CLAIMS MADE AGAINST YOU.

**Section I / Property Coverage**

| Limit | Property Covered | Causes of Loss |
|---|---|---|
| $600,000 | BUILDING | SPECIAL FORM |
| | 80% CO-INS RCV BASIS | |
| | $1000 DEDUCTIBLE | |
| $28,800 | BUSINESS INCOME WITH EXTRA | |
| | EXPENSE INCLUDING RENTAL VALUE | |
| | 1/6 MONTHLY LIMITATION | |

PREMIUM:                $3,773.00
TAX:                      $88.27
INSPECTION FEE:          $150.00
ASSESSMENT P              $1.18
COMPANY:                CERTAIN UNDERWRITERS AT LLOYDS
MINIMUM EARNED PREMIUM:  25% AT INCEPTION.
*********************************************************************

**SECTION II / GENERAL LIABILITY COVERAGE :**

GENERAL AGGREGATE                               2,000,000
PRODUCTS/COMPLETED OPERATIONS AGGREGATE         1,000,000

(CONTINUED)



9030 Stony Pt. Pkwy. Suite 230
Richmond, VA. 23235
(800) 365-7475 or (804) 330-4632
Fax(804)330-9488
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION        PAGE    2

RE:    TEXAS AVE LLC

PERSONAL & ADVERTISING INJURY                1,000,000
EACH OCCURRENCE                               1,000,000
FIRE DAMAGE LEGAL LIABILITY                     100,000
MEDICAL PAYMENTS                                  5,000

**CORPORATE OFFICE**
Hunt Valley, MD

DEDUCTIBLE:        $500  PER CLAIM INCLUDING LOSS ADJUSTMENT
                         EXPENSE AND DEFENSE COSTS.

**BRANCH OFFICES**

Phoenix, AZ          PREMIUM:            $750.00
                     TAX:                 $16.88
Oakland, CA          ASSESSMENT F          $.25
                     COMPANY:           CERTAIN UNDERWRITERS AT LLOYDS
Ft. Lauderdale, FL   MINIMUM EARNED PREMIUM:  25% AT INCEPTION.
                     ****************************************************

Jupiter, FL          APPLICABLE TERMS (ACTUAL POLICY MAY CONTAIN ADDITIONAL TERMS):

Atlanta, GA          - ARF3456            BRITISH COMMON POLICY DEC
                     - ARF3457            BRITISH LIABILITY SUPPLEMENTAL DECLARATIONS
                     - NMA2341(24/11/88)  LAND, WATER AND AIR EXCLUSION
Duluth, GA           - NMA2920(08/10/01)  TERRORISM EXCLUSION ENDORSEMENT
                     - CG0001(7/98)       COMMERCIAL GENERAL LIABILITY COVERAGE FORM
Charlotte, NC        - CF0010(4/02)       BUILDING AND PERSONAL PROPERTY COVERAGE
                     - ARF1779(10/98)     SCHEDULE OF FORMS
Conshohocken, PA     - ARF2408            MINIMUM AND ADVANCE PREMIUM ENDORSEMENT
                     - AR-81(4/88)        TOTAL LOSS ENDORSEMENT
York, PA             - AR-85        P/O   VACANCY & UNOCCUPANCY CLAUSE
                     - AR-86        P/O   SERVICE OF SUIT CLAUSE (U.S.A.)
Dallas, TX           - ARF7771            COMBINATION ENDORSEMENT FOR CGL 98 FORM-LIABILITY INSURANCE
                     - CG0300(1/96)       DEDUCTIBLE LIABILITY INSURANCE
Richmond, VA         - LSW1135B (6/03)    LLOYD'S PRIVACY POLICY STATEMENT
                     - NMA1191            RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE
                     - NMA1256(17/3/60)   NUCLEAR INCIDENT EXCLUSION CLAUSE-LIABILITY-DIRECT(BROAD)
                     - NMA1331(20/4/61)   CANCELLATION CLAUSE
                     - NMA1998            SERVICE OF SUIT CLAUSE (U.S.A.)
                     - NMA2342(24/11/88)  SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION
                     - NMA2802(17/12/97)  ELECTRONIC DATE RECOGNITION EXCLUSION(EDRE)
                     - NMA464             WAR AND CIVIL WAR EXCLUSION CLAUSE
                     - CP0090(7/88)       COMMERCIAL PROPERTY CONDITIONS
                     - IL0017(11/85)      COMMON POLICY CONDITIONS
                     - LSW 1001           SEVERAL LIABILITY NOTICE
                     - MOLDEX(9/01)       TOTAL "MOLD EXCLUSION"
                     - NMA2962 (2/03)     BIOLOGICAL OR CHEMICAL MATERIALS EXCLUSION
                     - IL0415(4/98)       PROTECTIVE SAFEGUARDS
                     - CP0030(4/02)       BUSINESS INCOME(AND EXTRA EXPENSE) COVERAGE FORM
                     - CP1030(4/02)       CAUSE OF LOSS - SPECIAL FORM

(CONTINUED)



9030 Stony Pt. Pkwy. Suite 230
Richmond, VA. 29235
(800) 345-7475 or (804) 330-4652
Fax(804)330-3485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION        PAGE    3

RE:    TEXAS AVE LLC

**TOTAL NUMBERS**
PREMIUM:             $4,523.00
TAX:                   $105.15
INSPECTION FEE:        $150.00
ASSESSMENT F           $1.41
TOTAL:               $4,779.56

**CORPORATE OFFICE**
Hunt Valley, MD

COMPANY:          CERTAIN UNDERWRITERS AT LLOYDS
COMMISSION:       .1000

**BRANCH OFFICES**

Phoenix, AZ

Oakland, CA

Ft. Lauderdale, FL

Jupiter, FL

Atlanta, GA

Duluth, GA

Charlotte, NC

Conshohocken, PA

York, PA

Dallas, TX

Richmond, VA

REMARKS: TERMS/EXCLUSIONS PER POLICY TO BE ISSUED.
TERRORISM CAN BE ADDED FOR AN ADDITIONAL PREMIUM
OF $1194. WE WILL NEED THE SIGNED TRIA EITHER
ACCEPTING OR REJECTING TERRORISM ALONG WITH, THREE
DECLINING CARRIERS, INSPECTION CONTACT, AND
UPDATED ACORDS PRIOR TO BINDING.
POLICY WILL WARRANT:
FIRE EXTINGUISHERS
SMOKE ALARMS IN ALL UNITS

(CONTINUED)



9030 Stony Pt. Pkwy, Suite 230
Richmond, VA. 23235
(800) 365-7475 or (804) 330-4652
Fax (804)330-9485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION          PAGE    4

RE:      TEXAS AVE LLC

QUOTE IS SUBJECT TO A SATISFACTORY INSPECTION AND IS VALID FOR  30 DAYS.
IF COVERAGE IS BOUND PLEASE PROVIDE THE NAME AND NUMBER OF THE
INSPECTION CONTACT. IF COVERAGE IS FINANCED, WE CANNOT GUARANTEE
REINSTATEMENT FOR NON-PAYMENT OF PREMIUM. REINSTATEMENT ELIGIBILITY
VARIES BY INDIVIDUAL CARRIER. WE LOOK FORWARD TO HEARING FROM YOU.

**CORPORATE OFFICE**
Hunt Valley, MD

**BRANCH OFFICES**

Phoenix, AZ

Oakland, CA

Ft. Lauderdale, FL

Jupiter, FL

Atlanta, GA

Duluth, GA

Charlotte, NC

Conshohocken, PA

York, PA

Dallas, TX

Richmond, VA

**Exhibit D**



9030 Stony Pt. Pkwy. Suite 230
Richmond, VA. 23235
(800) 366−7475 or (804) 330−4652
Fax:(804)330−9485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION        PAGE    1

1/10/06

FROM:   KATHY BLACKWELL
        RICHMOND OFC        18043309485              Extension:  205
        FAX#: 1-804-330-9485

TO:     M.A. CHENAULT INSURANCE SVCS      190354
        FAX#: 1-301-498-6526

ATTN:   Maggie Chenault

RE:     TEXAS AVE LLC

**CORPORATE OFFICE**
Hunt Valley, MD

**BRANCH OFFICES**

Phoenix, AZ

Oakland, CA

Ft. Lauderdale, FL

Jupiter, FL

Atlanta, GA

Duluth, GA

Charlotte, NC

Conshohocken, PA

York, PA

Dallas, TX

Richmond, VA

WE ARE PLEASED TO SUBMIT OUR PROPOSAL FOR THE CAPTIONED SUBJECT. QUOTE IS
BASED ON THE FOLLOWING LIMITS, COVERAGE, ETC. PLEASE READ QUOTE CAREFULLY
AS COVERAGES BEING OFFERED MAY BE MORE LIMITED THAN COVERAGES REQUESTED.

THE INSURANCE POLICY THAT YOU HAVE APPLIED FOR HAS BEEN PLACED WITH OR IS
BEING OBTAINED FROM AN INSURER APPROVED BY THE STATE CORPORATION COMMISSION
FOR ISSUANCE OF SURPLUS LINES INSURANCE IN THIS COMMONWEALTH, BUT NOT
LICENCED OR REGULATED BY THE STATE CORPORATION COMMISSION OF THE COMMON-
WEALTH OF VIRGINIA. THEREFORE YOU, THE POLICYHOLDER, AND PERSONS FILING A
CLAIM AGAINST YOU ARE NOT PROTECTED UNDER THE VIRGINIA PROPERTY AND CASUALTY
INSURANCE GUARANTY ASSOCIATION AGAINST DEFAULT OF THE COMPANY DUE TO INSOLV-
ENCY. IN THE EVENT OF INSURANCE COMPANY INSOLVENCY YOU MAY BE UNABLE TO
COLLECT ANY AMOUNT OWED TO YOU BY THE COMPANY REGARDLESS OF THE TERMS OF THIS
INSURANCE POLICY, AND YOU MAY HAVE TO PAY FOR ANY CLAIMS MADE AGAINST YOU.

**Section I / Property Coverage**

| Limit | Property Covered | Causes of Loss |
|-------|------------------|----------------|
| $600,000 | BUILDING<br>80% CO-INS RCV BASIS<br>$ 1000 DEDUCTIBLE | SPECIAL FORM |
| $28,800 | BUSINESS INCOME WITH EXTRA<br>EXPENSE INCLUDING RENTAL VALUE<br>1/4 MONTHLY LIMITATION | SPECIAL FORM |

PREMIUM:                        $3,773.00
TAX:                              $88.27
INSPECTION FEE:                  $150.00
ASSESSMENT F                       $1.18
COMPANY:               CERTAIN UNDERWRITERS AT LLOYDS
MINIMUM EARNED PREMIUM:  25% AT INCEPTION.
*************************************************************************

SECTION II / GENERAL LIABILITY COVERAGE :
GENERAL AGGREGATE                            2,000,000
PRODUCTS/COMPLETED OPERATIONS AGGREGATE      1,000,000

(CONTINUED)

# all risks
## LIMITED

9030 Stony Pt. Pkwy. Suite 230
Richmond, VA. 23235
(800) 366-7475 or (804) 330-4652
Fax (804)330-9485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION        PAGE    2

RE:    TEXAS AVE LLC

| | |
|---|---|
| PERSONAL & ADVERTISING INJURY | 1,000,000 |
| EACH OCCURRENCE | 1,000,000 |
| FIRE DAMAGE LEGAL LIABILITY | 100,000 |
| MEDICAL PAYMENTS | 5,000 |

**CORPORATE OFFICE**

**Hunt Valley, MD**

DEDUCTIBLE:      $500   PER CLAIM INCLUDING LOSS ADJUSTMENT
                        EXPENSE AND DEFENSE COSTS.

**BRANCH OFFICES**

PREMIUM:                $750.00
TAX:                    $16.89

**Phoenix, AZ**

ASSESSMENT F            $.23
COMPANY:                CERTAIN UNDERWRITERS AT LLOYDS

**Oakland, CA**

MINIMUM EARNED PREMIUM:  25% AT INCEPTION.

**Ft. Lauderdale, FL**

**********************************************************

**Jupiter, FL**

APPLICABLE TERMS (ACTUAL POLICY MAY CONTAIN ADDITIONAL TERMS):

**Atlanta, GA**

| | |
|---|---|
| - ARF3457 | BRITISH LIABILITY SUPPLEMENTAL DECLARATIONS |
| - ARF3458 | BRITISH PROPERTY SUPPLEMENTAL DEC |
| - NMA2341(24/11/88) | LAND, WATER AND AIR EXCLUSION |

**Duluth, GA**

| | |
|---|---|
| - NMA2920(08/10/01) | TERRORISM EXCLUSION ENDORSEMENT |
| - CG0001(7/98) | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |

**Charlotte, NC**

| | |
|---|---|
| - CP0010(4/02) | BUILDING AND PERSONAL PROPERTY COVERAGE |
| - ARF2408 | MINIMUM AND ADVANCE PREMIUM ENDORSEMENT |

**Conshohocken, PA**

| | |
|---|---|
| - AR-81(4/88) | TOTAL LOSS ENDORSEMENT |
| - AR-85      P/O | VACANCY & UNOCCUPANCY CLAUSE |

**York, PA**

| | |
|---|---|
| - AR-86      P/O | SERVICE OF SUIT CLAUSE (U.S.A.) |

**Dallas, TX**

| | |
|---|---|
| - ARF7771 | COMBINATION ENDORSEMENT FOR CGL 98 FORM-LIABILITY INSURANCE |
| - CG0300(1/96) | DEDUCTIBLE LIABILITY INSURANCE |

**Richmond, VA**

| | |
|---|---|
| - IL0017(11/98) | COMMON POLICY CONDITIONS |
| - IL0138(5/04) | VIRGINIA CHANGES |
| - LSW1135B (6/03) | LLOYD'S PRIVACY POLICY STATEMENT |
| - NMA1191 | RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE |
| - NMA1256(17/3/60) | NUCLEAR INCIDENT EXCLUSION CLAUSE-LIABILTY-DIRECT(BROAD) |
| - NMA1331(20/4/61) | CANCELLATION CLAUSE |
| - NMA1998 | SERVICE OF SUIT CLAUSE (U.S.A.) |
| - NMA2342(24/11/88) | SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION |
| - NMA2802(17/12/97) | ELECTRONIC DATE RECOGNITION EXCLUSIN(EDRE) |
| - NMA464 | WAR AND CIVIL WAR EXCLUSION CLAUSE |
| - CP0090(7/88) | COMMERCIAL PROPERTY CONDITIONS |
| - LSW 1001 | SEVERAL LIABILITY NOTICE |
| - MOLDEX(9/01) | TOTAL "MOLD EXCLUSION" |
| - NMA2962 (2/03) | BIOLOGICAL OR CHEMICAL MATERIALS EXCLUSION |
| - SLB-9 | VIRGINIA FORM SLB-9 |
| - IL0415(4/98) | PROTECTIVE SAFEGUARDS |
| - CP0030(4/02) | BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM |

(CONTINUED)



9030 Stony Pt. Pkwy. Suite 230
Richmond, VA. 23235
(800) 366-7475 or (804) 330-4652
Fax:(804)330-9485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION        PAGE    3

RE:    TEXAS AVE LLC

- CP1030(4/02)        CAUSE OF LOSS - SPECIAL FORM

**TOTAL NUMBERS**

| | |
|---|---|
| PREMIUM: | $4,523.00 |
| TAX: | $105.15 |
| INSPECTION FEE: | $150.00 |
| ASSESSMENT F | $1.41 |
| TOTAL: | $4,779.56 |

**CORPORATE OFFICE**

Hunt Valley, MD

COMPANY:        CERTAIN UNDERWRITERS AT LLOYDS
COMMISSION:    .1000

**BRANCH OFFICES**

Phoenix, AZ

Oakland, CA

Ft. Lauderdale, FL

Jupiter, FL

Atlanta, GA

Duluth, GA

Charlotte, NC

Conshohocken, PA

York, PA

Dallas, TX

Richmond, VA

REMARKS: TERMS/EXCLUSIONS PER COMPANY. TERRORISM CAN BE
ADDED FOR A A/P OF $1194.
POLICY WILL WARRANT:
FIRE EXTINGUISHERS
SMOKE ALARMS IN ALL UNITS

{CONTINUED}

# all risks
### L I M I T E D

9030 Stony Pt. Pkwy, Suite 230
Richmond, VA. 23235
(800) 366—7475 or (804) 330—4652
Fax:(804)330—9485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION     PAGE     4

RE:     TEXAS AVE LLC

QUOTE IS SUBJECT TO A SATISFACTORY INSPECTION AND IS VALID FOR  30 DAYS.
IF COVERAGE IS BOUND PLEASE PROVIDE THE NAME AND NUMBER OF THE
INSPECTION CONTACT. IF COVERAGE IS FINANCED, WE CANNOT GUARANTEE
REINSTATEMENT FOR NON-PAYMENT OF PREMIUM. REINSTATEMENT ELIGIBILITY
VARIES BY INDIVIDUAL CARRIER. WE LOOK FORWARD TO HEARING FROM YOU.

**CORPORATE OFFICE**

Hunt Valley, MD

**BRANCH OFFICES**

Phoenix, AZ

Oakland, CA

Ft. Lauderdale, FL

Jupiter, FL

Atlanta, GA

Duluth, GA

Charlotte, NC

Conshohocken, PA

York, PA

Dallas, TX

Richmond, VA

# DECLINATION FORM

**Insured:**

**Policy #:**

**Effective:**

## AUTHORIZED INSURERS WHO DECLINED THE RISK

| INSURER | INSURER'S REPRESENTATIVE | DATE DECLINED |
|---|---|---|

1._____

2._____

3._____

**NAME AND TITLE OF PERSON WHO CONDUCTED THE DELIGENT SEARCH RESULTING IN THE ABOVE DECLINATIONS:**

**NAME**                                                **TITLE**

_____              _____

**WE APPRECIATE YOUR PROMPT ATTENTION TO THIS MATTER.**

_____              _____

**DATE**                                                **AGENT'S SIGNATURE**

# POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM
## INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act of 2002, effective November 26, 2002, that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, *as defined in Section 102(1) of the Act.* The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Coverage under your existing policy may be affected as follows:

ANY IN-FORCE TERRORISM **EXCLUSIONS** FOR ACTS OF TERRORISM, *AS DEFINED IN THE ACT,* ALREADY CONTAINED IN YOUR POLICY OR INCLUDED IN AN ENDORSEMENT ARE **NULLIFIED** AS OF NOVEMBER 26, 2002.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

**SELECTION OR REJECTION OF TERRORISM INSURANCE COVERAGE**
UNDER FEDERAL LAW, YOU HAVE THIRTY (30) DAYS TO CONSIDER THIS OFFER OF COVERAGE FOR TERRORIST ACTS AND SUBMIT THE PREMIUM REQUIRED. IF WE DO NOT RECEIVE THE QUOTED PREMIUM BY _____, THE TERRORISM EXCLUSION NULLIFIED BY THE ACT WILL BE REINSTATED ON _____, AND YOU WILL NOT BE COVERED FOR LOSSES ARISING FROM TERRORIST ACTS THAT WERE PREVIOUSLY EXCLUDED.

| | |
|---|---|
| | I hereby elect to purchase Certified Acts of Terrorism coverage for a prospective premium of $_____. |
| | I hereby elect to have the exclusion for terrorism coverage reinstated. I understand that I will have no coverage for losses arising from acts of terrorism that were previously excluded. |

_____
Policyholder/Applicant's Signature

Certain Underwriters at Lloyd's, London.
Name of Insurer

_____
Print Name

_____
Contract Reference

_____
Date

_____
Certificate/Policy Number

Disclosure Notice B

** 1   P O R T A N T   N O T I C E **

MANY OF YOU ARE AWARE THAT ALL RISKS HAS ITS OWN FINANCE COMPANY ...
SKIPJACK PREMIUM FINANCE COMPANY. FOR THOSE OF YOU WHO HAVE FINANCED
WITH US, WE THANK YOU AND LOOK FORWARD TO YOUR CONTINUED SUPPORT.
IF YOU HAVE A FINANCING NEED AND HAVE NOT TAKEN ADVANTAGE OF OUR PROGRAM,
GIVE US A TRY. INCLUDED WITH THIS QUOTE IS A QUOTE FOR FINANCING. IF YOUR
INSURED WOULD LIKE TO FINANCE THROUGH US PLEASE CALL SKIPJACK TO HAVE
AN AGREEMENT EITHER FAXED OR EMAILED TO YOU. IF YOU HAVE QUESTIONS
REGARDING THE FINANCE AGREEMENT OR GENERAL FINANCING QUESTIONS,
PLEASE CALL SKIPJACK AT 410-828-0955. WE APPRECIATE YOUR BUSINESS AND
LOOK FORWARD TO YOU AND YOUR INSUREDS TAKING ADVANTAGE OF THIS PROGRAM.

PREMIUM FINANCE QUOTE  #  271029

| | | | |
|---|---|---|---|
| TOTAL AMOUNT.: | $4,779.56 | DOWN PAYMENT.: | $1,195.00 |
| # OF PAYMENTS: | 09 | PAYMENT AMT..: | $423.58 |
| FINANCE CHARGE: | $227.66 | APR.........: | 15.00 |

COMMERCIAL LINES INSURANCE QUOTATION        PAGE    8

THANKS FOR ALLOWING US TO QUOTE ON THE ABOVE CAPTIONED RISK. IN ORDER TO
BIND THIS ACCOUNT, YOU MUST COMPLETE THE INFO BELOW AND SIGN THIS FORM.
THIS WILL ENABLE US TO FILE THE VIRGINIA SURPLUS LINES TAXES. PLEASE BE
SURE TO FULLY COMPLETE ALL THE REQUESTED INFO.

ADMITTED COMPANY    UNDERWRITER NAME    LOCATION        DATE
COMPLETE NAME                          CITY/STATE      DECLINED

1. _____

2. _____

3. _____

WE APPRECIATE YOUR PROMPT ATTENTION IN THIS MATTER.


_____          _____
DATE                           AGENTS SIGNATURE

IN ORDER TO KEEP OUR SYSTEM CURRENT AND ACCURATE, PLEASE COMPLETE THE
FOLLOWING INFO REGARDING YOUR VIRGINIA RESIDENT OR NON-RESIDENT INSURRANCE
LICENSE.


_____          _____
NAME ON LICENSE                LICENSE NUMBER

**Exhibit E**

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

Account# 0271029 | Date Mailed to Insured. | 9/25/06 | Effective Date of Cancellation | 9/30/06

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 3427/ATR049 | 1/10/06 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

Account# 0271029 | Date Mailed to Insured. | 9/25/06 | Effective Date of Cancellation | 9/30/06

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 3427/ATR049 | 1/10/06 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

Account# 0271029 | Date Mailed to Insured. | 9/25/06 | Effective Date of Cancellation | 9/30/06

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 3427/ATR049 | 1/10/06 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NO.ICE OF CANCELLAT.ON

Account# 0271029 Date Mailed to Insured. | 9/25/06

Effective Date of Cancellation | 9/30/06

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 1580/SMP579 | 1/10/06 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

**BROKER**
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

Account# 0271029 Date Mailed to Insured. | 9/25/06

Effective Date of Cancellation | 9/30/06

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 1580/SMP579 | 1/10/06 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

**INSURED**
TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

Account# 0271029 Date Mailed to Insured. | 9/25/06

Effective Date of Cancellation | 9/30/06

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 1580/SMP579 | 1/10/06 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

**BROKER**
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

**Exhibit F**

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account # ___0271029___     Date of Request ___11/14/06___

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 1580/SMP579 | 1/10/06 | 9/30/06 | CERTAIN UNDERWRITERS AT LLOYDS |

On 9/30/06   we requested cancellation of the above listed policy. The insured brought the account to a current status on 11/14/06
We ask that you rescind the original request for cancellation.

NOTE
TO
INSURED
} 1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your insurance Agent to determine the current status of your insurance coverage.

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account # ___0271029___     Date of Request ___11/14/06___

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 1580/SMP579 | 1/10/06 | 9/30/06 | CERTAIN UNDERWRITERS AT LLOYDS |

On 9/30/06   we requested cancellation of the above listed policy. The insured brought the account to a current status on 11/14/06
We ask that you rescind the original request for cancellation.

NOTE
TO
INSURED
} 1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your insurance Agent to determine the current status of your insurance coverage.

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account # ___0271029___     Date of Request ___11/14/06___

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 1580/SMP579 | 1/10/06 | 9/30/06 | CERTAIN UNDERWRITERS AT LLOYDS |

On 9/30/06   we requested cancellation of the above listed policy. The insured brought the account to a current status on 11/14/06
We ask that you rescind the original request for cancellation.

NOTE
TO
INSURED
} 1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your insurance Agent to determine the current status of your insurance coverage.

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account #    0271029                          Date of Request    11/14/06

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 3427/ATR049 | 1/10/06 | 9/30/06 | CERTAIN UNDERWRITERS AT LLOYDS |

On 9/30/06    we requested cancellation of the above listed policy. The insured brought the account to a current status on 11/14/06
We ask that you rescind the original request for cancellation.

NOTE
TO
INSURED

1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account #    0271029                          Date of Request    11/14/06

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 3427/ATR049 | 1/10/06 | 9/30/06 | CERTAIN UNDERWRITERS AT LLOYDS |

On 9/30/06    we requested cancellation of the above listed policy. The insured brought the account to a current status on 11/14/06
We ask that you rescind the original request for cancellation.

NOTE
TO
INSURED

1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account #    0271029                          Date of Request    11/14/06

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 3427/ATR049 | 1/10/06 | 9/30/06 | CERTAIN UNDERWRITERS AT LLOYDS |

On 9/30/06    we requested cancellation of the above listed policy. The insured brought the account to a current status on 11/14/06
We ask that you rescind the original request for cancellation.

NOTE
TO
INSURED

1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

**Exhibit G**

# all risks
## LIMITED

9030 Stony Pt. Pkwy. Suite 230
Richmond, VA. 23235
(800) 366—7475 or (804) 330—4652
Fax:(804)330—9485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION          PAGE     1

12/15/06

FROM:   KATHY BLACKWELL
        RICHMOND OFC          Extension:  205
        FAX#: 1-804-330-9485

TO:     M.A. CHENAULT INSURANCE SVCS     190354
        FAX#: 1-301-498-6526

ATTN:   Maggie Chenault

RE:     TEXAS AVE LLC                    SUB#:   950320

EXPIRES:   1/10/07

**CORPORATE OFFICE**
Hunt Valley, MD

**BRANCH OFFICES**
Phoenix, AZ
Oakland, CA
La Mirada, CA
Ft. Lauderdale, FL
Jupiter, FL
Tampa, FL
Atlanta, GA
Charlotte, NC
King of Prussia, PA
York, PA
Dallas, TX
Richmond, VA

WE ARE PLEASED TO SUBMIT OUR PROPOSAL FOR THE CAPTIONED SUBJECT. QUOTE IS
BASED ON THE FOLLOWING LIMITS, COVERAGE, ETC. PLEASE READ QUOTE CAREFULLY
AS COVERAGES BEING OFFERED MAY BE MORE LIMITED THAN COVERAGES REQUESTED.

**THE INSURANCE POLICY THAT YOU HAVE APPLIED FOR HAS BEEN PLACED WITH OR IS
BEING OBTAINED FROM AN INSURER APPROVED BY THE STATE CORPORATION COMMISSION
FOR ISSUANCE OF SURPLUS LINES INSURANCE IN THIS COMMONWEALTH, BUT NOT
LICENCED OR REGULATED BY THE STATE CORPORATION COMMISSION OF THE COMMON-
WEALTH OF VIRGINIA. THEREFORE YOU, THE POLICYHOLDER, AND PERSONS FILING A
CLAIM AGAINST YOU ARE NOT PROTECTED UNDER THE VIRGINIA PROPERTY AND CASUALTY
INSURANCE GUARANTY ASSOCIATION AGAINST DEFAULT OF THE COMPANY DUE TO INSOLV-
ENCY. IN THE EVENT OF INSURANCE COMPANY INSOLVENCY YOU MAY BE UNABLE TO
COLLECT ANY AMOUNT OWED TO YOU BY THE COMPANY REGARDLESS OF THE TERMS OF THIS
INSURANCE POLICY, AND YOU MAY HAVE TO PAY FOR ANY CLAIMS MADE AGAINST YOU.**

## Section I / Property Coverage

| Limit | Property Covered | Causes of Loss |
|---|---|---|
| $600,000 | BUILDING<br>80% CO-INS RCV BASIS<br>$1,000 DEDUCTIBLE | SPECIAL FORM |
| $28,800 | BUILDING<br>80% CO-INS RCV BASIS<br>$1,000 DEDUCTIBLE | SPECIAL FORM |

PREMIUM:              $3,773.00
TAX:                     $88.27
POLICY FEE:             $150.00
ASSESSMENT F              $1.18
COMPANY:         CERTAIN UNDERWRITERS AT LLOYDS
MINIMUM EARNED PREMIUM:  25% AT INCEPTION.

*******************************************************************

(CONTINUED)

# all risks
## LIMITED

9030 Stony Pt. Pkwy. Suite 230
Richmond, VA. 23235
(800) 366-7475 or (804) 330-4652
Fax:(804)330-9485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION          PAGE    2

RE:    TEXAS AVE LLC

**SECTION II / GENERAL LIABILITY COVERAGE :**

**CORPORATE OFFICE**
Hunt Valley, MD

| GENERAL AGGREGATE | 2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE | 1,000,000 |
| PERSONAL & ADVERTISING INJURY | 1,000,000 |
| EACH OCCURRENCE | 1,000,000 |
| FIRE DAMAGE LEGAL LIABILITY | 100,000 |
| MEDICAL PAYMENTS | 5,000 |

**BRANCH OFFICES**

Phoenix, AZ

DEDUCTIBLE:     $500   PER CLAIM INCLUDING LOSS ADJUSTMENT
EXPENSE AND DEFENSE COSTS.

Oakland, CA

La Mirada, CA

| PREMIUM: | $750.00 |
| TAX: | $16.88 |
| ASSESSMENT F | $.23 |

Ft. Lauderdale, FL

COMPANY:               CERTAIN UNDERWRITERS AT LLOYDS
MINIMUM EARNED PREMIUM:   25% AT INCEPTION.
PREMIUM IS SUBJECT TO AUDIT.

Jupiter, FL

**************************************************************

Tampa, FL

Atlanta, GA

**APPLICABLE TERMS: ACTUAL POLICY MAY CONTAIN ADDITIONAL TERMS.
PLEASE CONTACT ALL RISKS, LTD. FOR EXACT WORDING IF NEEDED.**

Charlotte, NC

King of Prussia, PA

York, PA

Dallas, TX

Richmond, VA

| - ARF3456 | | BRITISH COMMON POLICY DEC |
| - ARF3457 | | BRITISH LIABILITY SUPPLEMENTAL DECLARATIONS |
| - ARF3458 | | BRITISH PROPERTY SUPPLEMENTAL DEC |
| - ARF1779(10/96) | | SCHEDULE OF FORMS |
| - ARF2408 | | MINIMUM AND ADVANCE PREMIUM ENDORSEMENT |
| - AR-81(4/88) | | TOTAL LOSS ENDORSEMENT |
| - AR-85 | P/O | VACANCY & UNOCCUPANCY CLAUSE |
| - AR-86 | P/O | SERVICE OF SUIT CLAUSE (U.S.A.) |
| - ARF7771A | | AMENDMENT OF PREMIUM CONDITIONS |
| - ARF7771B | | NEW ENTITIES |
| - ARF7771C | | CONTRACTUAL LIABILITY LIMITATION |
| - ARF7771D | | EXCLUSION - EMPLOYMENT RELATED PRACTICES |
| - ARF7771E | | TOTAL POLLUTION EXCLUSION ENDORSEMENT |
| - ARF7771F | | EXCLUSION - LEAD CONTAMINATION |
| - ARF7771G | | DAMAGE TO PROPERTY |
| - ARF7771H | | LIMITATION - 'YOUR PRODUCTS' DEFINITION |
| - ARF7771I | | EXCLUSION - COMMUNICABLE DISEASE |
| - ARF7771J | | EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES, FINES OR PENALTIE |
| - ARF7771K | | EXCLUSION - ASBESTOS, SILICA OR FORMALDEHYDE |
| - ARF7771L | | AMENDMENT OF LIQUOR LIABILITY EXCLUSION |
| - ARF7771M | | EXCLUSION - AIRCRAFT, AUTO' OR WATERCRAFT |
| - ARF7771N | | LIMITATION - OTHER INSURANCE |
| - ARF7771O | | EXCLUSION - CLASSIFICATION LIMITATION |

(CONTINUED)



9030 Stony Pt. Pkwy. Suite 230
Richmond, VA. 23235
(800) 366—7475 or (804) 330—4652
Fax:(804)330—9485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION        PAGE    3

RE:    TEXAS AVE LLC

**CORPORATE OFFICE**

Hunt Valley, MD

**BRANCH OFFICES**

Phoenix, AZ

Oakland, CA

La Mirada, CA

Ft. Lauderdale, FL

Jupiter, FL

Tampa, FL

Atlanta, GA

Charlotte, NC

King of Prussia, PA

York, PA

Dallas, TX

Richmond, VA

| | |
|---|---|
| - ARF7771P | EXCLUSION - VOLUNTARY LABOR |
| - ARF7771Q | EXCLUSION - EXPECTED OR INTENDED INJURY |
| - ARF7771R | EXCLUSION - ASSAULT, BATTERY AND NEGLIGENT HIRING/SUPERVISIO |
| - ARF7771S | EXCLUSION - SEXUAL ACTION, ABUSE OR MOLESTATION |
| - ARF7771T | EXCLUSION - INDEPENDENT CONTRACTORS' EMPLOYEES OR LEASED WOR |
| - ARF7771U | EXCLUSION - INJURY TO LEASED WORKERS AND PROACTICES RELATED |
| - ARF7771V | PERSONAL AND ADVERTISING INJURY AMENDMENTS |
| - ARF7771W | INTERNET LIABILITIES EXCLUSION |
| - CG0001(7/98) | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| - CG0300(1/96) | DEDUCTIBLE LIABILITY INSURANCE |
| - CP0010(4/02) | BUILDING AND PERSONAL PROPERTY COVERAGE |
| - CP0090(7/88) | COMMERCIAL PROPERTY CONDITIONS |
| - IL0017(11/98) | COMMON POLICY CONDITIONS |
| - IL0138(5/04) | VIRGINIA CHANGES |
| - IL0152(5/04) | VIRGINIA CHANGES |
| - LSW 1001 | SEVERAL LIABILITY NOTICE |
| - LSW1135B (6/03) | LLOYD'S PRIVACY POLICY STATEMENT |
| - MOLDEX(9/01) | TOTAL "MOLD EXCLUSION" |
| - NMA1191 | RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE |
| - NMA1256(17/3/60) | NUCLEAR INCIDENT EXCLUSION CLAUSE-LIABILTY-DIRECT(BROAD) |
| - NMA1331(20/4/61) | CANCELLATION CLAUSE |
| - NMA1998 | SERVICE OF SUIT CLAUSE (U.S.A.) |
| - NMA2341(24/11/88) | LAND, WATER AND AIR EXCLUSION |
| - NMA2342(24/11/88) | SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION |
| - NMA2802(17/12/97) | ELECTRONIC DATE RECOGNITION EXCLUSIN(EDRE) |
| - NMA2920(08/10/01) | TERRORISM EXCLUSION ENDORSEMENT |
| - NMA2962 (2/03) | BIOLOGICAL OR CHEMICAL MATERIALS EXCLUSION |
| - NMA464 | WAR AND CIVIL WAR EXCLUSION CLAUSE |
| - SLB-9 | VIRGINIA FORM SLB-9 |
| - ARF0925 | MINIMUM EARNED PREMIUM ENDORSEMENT |
| - IL0415(4/98) | PROTECTIVE SAFEGUARDS |
| - CP0030(4/02) | BUSINESS INCOME(AND EXTRA EXPENSE) COVERAGE FORM |
| - CP1030(4/02) | CAUSE OF LOSS - SPECIAL FORM |

**TOTAL NUMBERS**

| | |
|---|---|
| PREMIUM: | $4,523.00 |
| TAX: | $105.15 |
| POLICY FEE: | $150.00 |
| ASSESSMENT F | $1.41 |
| TOTAL: | $4,779.56 |

COMPANY:      CERTAIN UNDERWRITERS AT LLOYDS
COMMISSION:   .1000

REMARKS: TERMS AND EXCLUSIONS PER POLICY TO BE ISSUED.

(CONTINUED)



9030 Stony Pt. Pkwy. Suite 230
Richmond, VA. 23235
(800) 366—7475 or (804) 330—4652
Fax:(804)330—9485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION          PAGE     4

RE:     TEXAS AVE LLC
        TERRORISM CAN BE ADDED FOR AN ADDITIONAL PREMIUM
        OF $452 PLUS TAX.
        QUOTE IS BASED ON CLASS CODE 60010 WITH 8 UNITS.
        I WILL NEED SIGNED TERRORISM EITHER ACCEPTING OR
        REJECTING COVERAGE, THREE DECLINING CARRIERS AND
        UPDATED ACORD APPS PRIOR TO BINDING.

        POLICY WILL WARRANT:

        FUNCTIONAL SMOKE ALARMS IN ALL UNITS

**CORPORATE OFFICE**
Hunt Valley, MD

**BRANCH OFFICES**

Phoenix, AZ

Oakland, CA

La Mirada, CA

Ft. Lauderdale, FL

Jupiter, FL

Tampa, FL

Atlanta, GA

Charlotte, NC

King of Prussia, PA

York, PA

Dallas, TX

Richmond, VA

QUOTE IS SUBJECT TO A SATISFACTORY INSPECTION AND IS VALID FOR  30 DAYS.
IF COVERAGE IS BOUND PLEASE PROVIDE THE NAME AND NUMBER OF THE
INSPECTION CONTACT. IF COVERAGE IS FINANCED, WE CANNOT GUARANTEE
REINSTATEMENT FOR NON-PAYMENT OF PREMIUM. REINSTATEMENT ELIGIBILITY
VARIES BY INDIVIDUAL CARRIER. WE LOOK FORWARD TO HEARING FROM YOU.

### POLICYHOLDER DISCLOSURE
### NOTICE OF TERRORISM
### INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act of 2002 ("TRIA") as amended, that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Any coverage you purchase for "acts of terrorism" shall expire at 12:00 midnight December 31, 2007, the date on which the TRIA Program is scheduled to terminate or the expiry date of the policy whichever occurs first, and shall not cover any losses or events which arise after the earlier of these dates.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% (85% IN RESPECT OF LOSSES OCCURING AFTER DECEMBER 31 2006) OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURER(S) PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

| | |
|---|---|
| | I hereby elect to purchase coverage for acts of terrorism for a prospective premium of $ |
| | I hereby elect to have coverage for acts of terrorism excluded from my policy. I understand that I will have no coverage for losses arising from acts of terrorism. |

Policyholder/Applicant's Signature          Syndicate on behalf of certain
                                            underwriters at Lloyd's

Print Name                                  Policy Number

Date

LMA9004
22/12/05
Form approved by Lloyd's Market Association

W:\common-Business\LMA Business\2005\LMA9004.doc

COMMERCIAL LINES INSURANCE QUOTATION     PAGE     6

THANKS FOR ALLOWING US TO QUOTE ON THE ABOVE CAPTIONED RISK. IN ORDER TO
BIND THIS ACCOUNT, YOU MUST COMPLETE THE INFO BELOW AND SIGN THIS FORM.
THIS WILL ENABLE US TO FILE THE VIRGINIA SURPLUS LINES TAXES. PLEASE BE
SURE TO FULLY COMPLETE ALL THE REQUESTED INFO.

| ADMITTED COMPANY COMPLETE NAME | UNDERWRITER NAME | LOCATION CITY/STATE | DATE DECLINED |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

WE APPRECIATE YOUR PROMPT ATTENTION IN THIS MATTER.

_____          _____
DATE                             AGENTS SIGNATURE

IN ORDER TO KEEP OUR SYSTEM CURRENT AND ACCURATE, PLEASE COMPLETE THE
FOLLOWING INFO REGARDING YOUR VIRGINIA RESIDENT OR NON-RESIDENT INSURRANCE
LICENSE.

_____          _____
NAME ON LICENSE                  LICENSE NUMBER

**Exhibit H**

10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

Account# 0299513 Date Mailed to Insured. | 4/26/07 | Effective Date of Cancellation | 5/01/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 2252/SMP579 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

BROKER
TEXAS AVE LLC                         M.A. CHENAULT INSURANCE SVCS
C/O MIMI GEANAULT                     329 PRINCE GEORGE ST
PO BOX 151443                         LAUREL MD 20707
ALEXANDRIA VA 22315

INSURED COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

Account# 0299513 Date Mailed to Insured. | 4/26/07 | Effective Date of Cancellation | 5/01/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 2252/SMP579 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

INSURED
M.A. CHENAULT INSURANCE SVCS          TEXAS AVE LLC
329 PRINCE GEORGE ST                  C/O MIMI GEANAULT
LAUREL MD 20707                       PO BOX 151443
                                      ALEXANDRIA VA 22315

BROKER COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

Account# 0299513 Date Mailed to Insured. | 4/26/07 | Effective Date of Cancellation | 5/01/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 2252/SMP579 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

BROKER
TEXAS AVE LLC                         M.A. CHENAULT INSURANCE SVCS
C/O MIMI GEANAULT                     329 PRINCE GEORGE ST
PO BOX 151443                         LAUREL MD 20707
ALEXANDRIA VA 22315

FILE COPY

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

| | | | |
|---|---|---|---|
| Account# 0299513 | Date Mailed to Insured. | 4/26/07 | |
| | | Effective Date of Cancellation | 5/01/07 |

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 6540/ATR049 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

| | | | |
|---|---|---|---|
| Account# 0299513 | Date Mailed to Insured. | 4/26/07 | |
| | | Effective Date of Cancellation | 5/01/07 |

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 6540/ATR049 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

| | | | |
|---|---|---|---|
| Account# 0299513 | Date Mailed to Insured. | 4/26/07 | |
| | | Effective Date of Cancellation | 5/01/07 |

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 6540/ATR049 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

**Exhibit I**



9030 Stony Point Parkway, Suite 230
Richmond, VA 23235
(800) 346-7475 or (804) 330-4652
Fax: (804) 330-9485
www.allrisks.com

**F A X  M E M O**

05/16/07

ALL RISKS, LTD.
RICHMOND OFC
FAX#: 804-330-9485

FROM: Crystal Jones
NUMBER OF PAGES INCLUDING TRANSMITTAL:

TO:   M.A. CHENAULT INSURANCE SVCS
FAX NUMBER: 1-301-498-6526

ATTN: Maggie Chenault

RE:   TEXAS AVE LLC
POLICY: 6540/ATR049    EXPIRING: 01/10/08

DEAR Maggie,

PLEASE BE ADVISED WE ARE IN RECEIPT OF A NOTICE OF CANCELLATIO
FROM THE FINANCE COMPANY.  THE EFFECTIVE DATE OF THE
CANCELLATION IS 05/01/07 .

IF WE RECEIVE A REQUEST FROM THE FINANCE COMPANY TO REINSTATE,
WE WILL REQUIRE A NO LOSS LETTER FROM THE INSURED, IN ORDER TO
CONSIDER REINSTATEMENT.

THE NO LOSS LETTER MUST STATE THERE HAVE BEEN NO LOSSES BETWEE
THE CANCELLATION DATE AND THE CURRENT DATE.  PLEASE FAX THIS N
LOSS LETTER TO MY ATTENTION.  UPON RECEIPT OF THIS INFORMATION
WE WILL ADVISE YOU AS SOON AS POSSIBLE IF REINSTATEMENT WILL B
GRANTED.

CANCELLATION WILL BE PROCESSED WITHIN 10 DAYS UNLESS I RECEIVE
A FAX WITH THE ABOVE INFORMATION.

SHOULD YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO
CONTACT ME.

                              THANK YOU,

                              Crystal Jones



Arizona • California • DC Metro • Florida • Georgia • Illinois • Maryland
North Carolina • Pennsylvania • Texas • Virginia
CA License 0B84526

**Exhibit J**

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account #  0299513

Date of Request  6/04/07

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 6540/ATR049 | 1/10/07 | 5/01/07 | CERTAIN UNDERWRITERS AT LLOYDS |

On 5/01/07  we requested cancellation of the above listed policy. The insured brought the account to a current status on  6/04/07
We ask that you rescind the original request for cancellation.

NOTE
TO
INSURED

1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account #  0299513

Date of Request  6/04/07

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 6540/ATR049 | 1/10/07 | 5/01/07 | CERTAIN UNDERWRITERS AT LLOYDS |

On 5/01/07  we requested cancellation of the above listed policy. The insured brought the account to a current status on  6/04/07
We ask that you rescind the original request for cancellation.

NOTE
TO
INSURED

1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account #  0299513

Date of Request  6/04/07

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 6540/ATR049 | 1/10/07 | 5/01/07 | CERTAIN UNDERWRITERS AT LLOYDS |

On 5/01/07  we requested cancellation of the above listed policy. The insured brought the account to a current status on  6/04/07
We ask that you rescind the original request for cancellation.

NOTE
TO
INSURED

1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

**Exhibit K**

Skipjack Premium Finance Company
0150 York Road, 5th Floor
unt Valley, MD 21030
hone: (410) 828-0955

# NOTICE OF CANCELLATION

Account# 0299513   Date Mailed to Insured: 7/05/07   Effective Date of Cancellation 7/05/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute. |
|---|---|---|---|
| 22527SMP579 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS NEW LOOM HOUSE SUITE 405 LONDON EN E1 1LU | *John A. Lassen, Jr., President* |

Iu are hereby notified that the policy(ies) described above is/are cancelled for nonpayment of installment, in accordance with the terms and nditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is ective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the emium finance company.

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

Skipjack Premium Finance Company
0150 York Road, 5th Floor
unt Valley, MD 21030
hone: (410) 828-0955

# NOTICE OF CANCELLATION

Account# 0299513   Date Mailed to Insured: 7/05/07   Effective Date of Cancellation 7/05/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute. |
|---|---|---|---|
| 22527SMP579 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS NEW LOOM HOUSE SUITE 405 LONDON EN E1 1LU | *John A. Lassen, Jr., President* |

Iu are hereby notified that the policy(ies) described above is/are cancelled for nonpayment of an installment, in accordance with the terms and nditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is ective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the emium finance company.

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

Skipjack Premium Finance Company
0150 York Road, 5th Floor
unt Valley, MD 21030
hone: (410) 828-0955

# NOTICE OF CANCELLATION

Account# 0299513   Date Mailed to Insured: 7/05/07   Effective Date of Cancellation 7/05/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute. |
|---|---|---|---|
| 22527SMP579 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS NEW LOOM HOUSE SUITE 405 LONDON EN E1 1LU | *John A. Lassen, Jr., President* |

Iu are hereby notified that the policy(ies) described above is/are cancelled for nonpayment of an installment, in accordance with the terms and nditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is ective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the emium finance company.

INSURED
TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (410) 828-0955

# NOTICE OF CANCELLATION

Account# 0299513    Date Mailed to Insured.    7/05/07    Effective Date of Cancellation    7/05/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | |
|---|---|---|---|
| 65407ATR049 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS SUITE 405 NEW LOOM HOUSE LONDON E1 1LU | The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute. _John A. Lassen_ John A. Lassen, Jr., President |

You are hereby notified that the policy(ies) described above is/are cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (410) 828-0955

# NOTICE OF CANCELLATION

Account# 0299513    Date Mailed to Insured.    7/05/07    Effective Date of Cancellation    7/05/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | |
|---|---|---|---|
| 65407ATR049 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS SUITE 405 NEW LOOM HOUSE LONDON E1 1LU | The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute. _John A. Lassen_ John A. Lassen, Jr., President |

You are hereby notified that the policy(ies) described above is/are cancelled for nonpayment of an installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (410) 828-0955

# NOTICE OF CANCELLATION

Account# 0299513    Date Mailed to Insured.    7/05/07    Effective Date of Cancellation    7/05/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | |
|---|---|---|---|
| 65407ATR049 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS SUITE 405 NEW LOOM HOUSE LONDON E1 1LU | The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute. _John A. Lassen_ John A. Lassen, Jr., President |

You are hereby notified that the policy(ies) described above is/are cancelled for nonpayment of an installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

INSURED
TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

**Exhibit L**



9030 Stony Point Parkway, Suite 230
Richmond, VA 23235
(800) 366-7475 or (804) 330-4652
Fax: (804) 330-9485
www.allrisks.com

**F A X   M E M O**

08/30/07

ALL RISKS, LTD.
RICHMOND OFC
FAX#: 804-330-9485

FROM: Crystal Jones
NUMBER OF PAGES INCLUDING TRANSMITTAL:

TO:   M.A. CHENAULT INSURANCE SVCS
FAX NUMBER: 1-301-498-6526

ATTN: Maggie Chenault

RE:   TEXAS AVE LLC
POLICY: 2252/SMP579      EXPIRING: 01/10/08

DEAR Maggie,

PLEASE BE ADVISED WE ARE IN RECEIPT OF A NOTICE OF CANCELLATIO
FROM THE FINANCE COMPANY.  THE EFFECTIVE DATE OF THE
CANCELLATION IS 07/05/07.

IF WE RECEIVE A REQUEST FROM THE FINANCE COMPANY TO REINSTATE,
WE WILL REQUIRE A NO LOSS LETTER FROM THE INSURED, IN ORDER TO
CONSIDER REINSTATEMENT.

THE NO LOSS LETTER MUST STATE THERE HAVE BEEN NO LOSSES BETWEE
THE CANCELLATION DATE AND THE CURRENT DATE.  PLEASE FAX THIS N
LOSS LETTER TO MY ATTENTION.  UPON RECEIPT OF THIS INFORMATION
WE WILL ADVISE YOU AS SOON AS POSSIBLE IF REINSTATEMENT WILL B
GRANTED.

CANCELLATION WILL BE PROCESSED WITHIN 10 DAYS UNLESS I RECEIVE
A FAX WITH THE ABOVE INFORMATION.

SHOULD YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO
CONTACT ME.

THANK YOU,

Crystal Jones



Arizona • California • DC Metro • Florida • Georgia • Illinois • Maryland
North Carolina • Pennsylvania • Texas • Virginia
CA License 0B84526

M
02-2243
EGS

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Certain Interested Underwriters at Lloyd's of London   *99999* | Texas Avenue, LLC |

London, England

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____Virginia_____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jeffrey A. Wothers, Esq., Niles, Barton & Wilmer, LLP, 111 S. Calvert St., Suite 1400
Baltimore, MD 21202 (410) 783-6300

ATTORNEYS (IF KNOWN)

Case: 1:07-cv-02243
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/11/2007
Description: Contract

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ◉ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENS** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ◉ 2 | ◉ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ◉ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

- ○ **A. Antitrust**
  - ☐ 410 Antitrust

- ○ **B. Personal Injury/ Malpractice**
  - ☐ 310 Airplane
  - ☐ 315 Airplane Product Liability
  - ☐ 320 Assault, Libel & Slander
  - ☐ 330 Federal Employers Liability
  - ☐ 340 Marine
  - ☐ 345 Marine Product Liability
  - ☐ 350 Motor Vehicle
  - ☐ 355 Motor Vehicle Product Liability
  - ☐ 360 Other Personal Injury
  - ☐ 362 Medical Malpractice
  - ☐ 365 Product Liability
  - ☐ 368 Asbestos Product Liability

- ○ **C. Administrative Agency Review**
  - ☐ 151 Medicare Act

  **Social Security:**
  - ☐ 861 HIA ((1395ff)
  - ☐ 862 Black Lung (923)
  - ☐ 863 DIWC/DIWW (405(g)
  - ☐ 864 SSID Title XVI
  - ☐ 865 RSI (405(g)

  **Other Statutes**
  - ☐ 891 Agricultural Acts
  - ☐ 892 Economic Stabilization Act
  - ☐ 893 Environmental Matters
  - ☐ 894 Energy Allocation Act
  - ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

- ○ **D. Temporary Restraining Order/Preliminary Injunction**

  Any nature of suit from any category may be selected for this category of case assignment.

  *(If Antitrust, then A governs)*

---

- ○ **E. General Civil (Other)**   **OR**   ○ **F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| O **G. Habeas Corpus/ 2255** | O **H. Employment Discrimination** | O **I. FOIA/PRIVACY ACT** | O **J. Student Loan** |
|---|---|---|---|
| ☐ **530 Habeas Corpus-General** ☐ **510 Motion/Vacate Sentence** | ☐ **442 Civil Rights-Employment** (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ **895 Freedom of Information Act** ☐ **890 Other Statutory Actions (if Privacy Act)** *(If pro se, select this deck)* | ☐ **152 Recovery of Defaulted Student Loans (excluding veterans)** |

| O **K. Labor/ERISA (non-employment)** | O **L. Other Civil Rights (non-employment)** | ⊗ **M. Contract** | O **N. Three-Judge Court** |
|---|---|---|---|
| ☐ **710 Fair Labor Standards Act** ☐ **720 Labor/Mgmt. Relations** ☐ **730 Labor/Mgmt. Reporting & Disclosure Act** ☐ **740 Labor Railway Act** ☐ **790 Other Labor Litigation** ☐ **791 Empl. Ret. Inc. Security Act** | ☐ **441 Voting (if not Voting Rights Act)** ☐ **443 Housing/Accommodations** ☐ **444 Welfare** ☐ **440 Other Civil Rights** ☐ **445 American w/Disabilities-Employment** ☐ **446 Americans w/Disabilities-Other** | ☒ **110 Insurance** ☐ **120 Marine** ☐ **130 Miller Act** ☐ **140 Negotiable Instrument** ☐ **150 Recovery of Overpayment & Enforcement of Judgment** ☐ **153 Recovery of Overpayment of Veteran's Benefits** ☐ **160 Stockholder's Suits** ☐ **190 Other Contracts** ☐ **195 Contract Product Liability** ☐ **196 Franchise** | ☐ **441 Civil Rights-Voting (if Voting Rights Act)** |

**V. ORIGIN**

⊙ **1 Original Proceeding**   O **2 Removed from State Court**   O **3 Remanded from Appellate Court**   O **4 Reinstated or Reopened**   O **5 Transferred from another district (specify)**   O **6 Multi district Litigation**   O **7 Appeal to District Judge from Mag. Judge**

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. 2201; Declaratory Judgment Action

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** ⌐ ‒ ‒ ‒ ‒ ‒ ¬ **JURY DEMAND:** | Check YES only if demanded in complaint YES ☐   NO ☒ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  12/11/07    SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.