IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON SUSCRIBING TO CERTIFICATE NUMBERS 6540/ATR049 AND 2252/SMP579** <br> Suite 405 New Loom House <br> 101 Black Church Lane <br> London EN E1 1LU <br><br> Plaintiff, <br><br> v. <br><br> **TEXAS AVENUE, LLC** <br> 2700 Texas Ave SE <br> Washington D.C. 20020 <br><br> Serve on: Quinn O'Connell, R.A. <br> 5100 Wisconsin Ave, NW <br> Suite 514 <br> Washington, DC 20016 <br> Defendant. | * <br> * <br> * <br> * <br> * <br> Civil Action No.: <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE RULE LCvR 7.1

I, the undersigned counsel of record for Certain Interested Underwriters at Lloyd's London Subscribing to Certificate Numbers 6540/ATR049 and 2252/SMP579, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Certain Interested Underwriters at Lloyd's London Subscribing to Certificate Numbers 6540/ATR049 and 2252/SMP579, which have any outstanding securities in the hands of the public:

1. Policy no. 6540/ATR049

    - Atrium Underwriters (50% Property Risk; 100% Liability Risk)

2. **Policy no.** 2252/SMP579
   - St. Paul (Part of St. Paul Travelers in U.S.A. – publicly quoted in US) (50% Property)

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____
**JEFFREY A. WOTHERS**, Bar No. 436137
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202-6185
(410) 783-6365
*Counsel for Plaintiff*

ND: 4835-3896-9858, v. 1