IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO CERTIFICATE NUMBERS 6540/ATR049 AND 2252/SMP 579 | * * * * * | |
| Plaintiff, | * * | |
| vs. | * * | Civil Action: 1:07-CV-02243-EGS |
| TEXAS AVENUE, LLC | * * | |
| Defendant. | * | |

*******************************************

| | | |
|---|---|---|
| TEXAS AVENUE, LLC | * * | |
| Third-Party Plaintiff, | *. | |
| vs. | * * | |
| GREENPOINT MORTGAGE FUNDING, INC. 100 Wood Hollow Drive Novato, California 9495 | * * * * | |
| Serve on: Corporation Service Co. 1090 Vermont Ave., N.W. Washington, D.C. 20005, | * * * * | |
| vs. | * * | |
| LEHMAN BROTHERS SMALL BUSINESS FINANCE 25510 Commercentre Drive Lake Forest, California | * * * * * | |
| Serve on: Prentice Hall Corporation 1090 Vermont Ave., N.W. Washington, D.C. 20005 | * * * * | |
| Third-Party Defendants. | * | |

**************************************************************************

**PRAECIPE OF APPEARANCE**

The Clerk of this Honorable Court will please enter the appearance of Tami L. Taylor, of

1875 Eye Street, N.W., Washington, D.C. 20006, as counsel for Texas Avenue, LLC in the

above-captioned matter. Counsel for Plaintiff filed any and all pleadings on behalf of Plaintiff and for some reason was never added as counsel in this matter.

                                              Respectfully Submitted,

                                              /s/
                                        _____
                                        Tami L. Taylor, Esq., #474305
                                        1875 Eye Street, N.W.
                                        5th Floor, Room 557
                                        Washington, D.C. 20006
                                        (202) 429-2031

## CERTIFICATE OF SERVICE

I hereby certify that this Line was forwarded on this 28th day of January 2008 to the following person:

Jeffrey A. Wothers, Esq.
Niles, Barton & Wilmer,LLP
111 South Calvert Street
Suite 1400
Baltimore, Maryland 21202-6185

                                            //s/
                                      _____
                                      Tami L. Taylor, Esq.