IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON SUSCRIBING TO CERTIFICATE NUMBERS 6540/ATR049 AND 2252/SMP579** | * <br> * <br> * <br> * |
| Plaintiff, | * Civil Action No.: 1:07-CV-02243-EGS |
| v. | * |
| **TEXAS AVENUE, LLC** | * |
| Defendant | * |

*  *  *  *  *  *  *  *  *  *  *  *  *

| | |
|---|---|
| **TEXAS AVENUE, LLC** | |
| | * |
| Third-Party Plaintiff | |
| | * |
| v. | |
| | * |
| **GREENPOINT MORTGAGE FUNDING, INC.** | * |
| **&** | * |
| **LEHMAN BROTHERS SMALL BUSINESS FINANCING** | * |
| | * |
| Third-Party Defendants | |
| | * |

*  *  *  *  *  *  *  *  *  *  *  *  *

## MEET AND CONFER REPORT

Counsel for the Parties have conferred and submit the following 'Meet and Confer Report' in compliance with this Court's Order of January 29, 2008. Third-Party Defendants have been named, and have been provided courtesy copies of the complaint, but have not been served. Should the status of the third-party defendants change, amendments to this report and plan may be necessary.

1.  **Statement of the Case**

This is a declaratory judgment action brought by Plaintiff Lloyd's and seeking a declaration that Lloyd's is not liable under the terms and conditions of the relevant insurance policies or applicable law. On January 10, 2006, Lloyd's issued a policy of insurance to Defendant Texas Avenue LLC to provide coverage for its property at 2700 Texas Ave SE, Washington D.C. 20020 ("2700 Texas Ave"). The policy was renewed on January 10, 2007, however, Defendant repeatedly failed to pay required premiums due throughout the course of the year. Thus, on July 5, 2007, Lloyd's was constrained to issue notice of cancellation due to nonpayment of a premium due under the terms of the policy. Despite the fact that Defendant had successfully complied with the procedures for reinstating its policy after falling delinquent in its payments over the course of 2006 and the first half of 2007, Defendant did not act to reinstate its policy with Lloyd's.

On September 22, 2007, a tenant of 2700 Texas Ave SE, Washington D.C. 20020 negligently set fire to the building with an untended cigarette. The building sustained property damage. Upon information and belief, the tenant who caused the fire was killed in the blaze.

Despite the fact that the policy of insurance had been cancelled months earlier, Defendant placed Lloyd's on notice of the loss. However, as a result of Defendant's actions and inactions, Lloyd's has no obligation under the policies at issue because the policies had been cancelled and were not in effect at the time of the loss. Thus, Lloyd's seeks a declaration that it is not liable under the terms and conditions of the relevant insurance policies or applicable law.

2.  **Dispositive Motions**

Plaintiff understands that the case may be disposed of by dispositive motion, although no such motion has yet been filed.

**3**.     **Proposed Deadline for Joining Additional Parties**

Although the Parties do not foresee that any additional parties will be added to this suit, they reserve the right to join additional parties until May 1, 2008.

**4.     Magistrate Judge**

The Parties do not seek the assistance of a Magistrate Judge to conduct these proceedings.

**5.     Realistic Possibility of Settling the Case**

Plaintiff is unable to assess the likelihood of settling the case without knowing the status of the third-party defendants.

**6.     Alternative Dispute Resolution**

As the matters at issue are primarily legal in nature, it is unlikely that ADR would be necessary, however, should there be a need for ADR to include mediation, the Parties will seek assistance from the Court within 60 days of the submission of this Report.

**7.     Proposed Deadline for Motions to Amend Pleadings:**

The Parties will submit any and all motions to amend the pleadings on or before April 30, 2008.

**8.     Proposed Dispositive Motions Deadline:**

There is a substantial likelihood that this matter can be resolved by summary judgment and the parties propose that any such motion be filed by July 14, 2008, with the deadline for any opposition or reply thereto being governed by the applicable local rule.

**9.     Initial Disclosures**

The Parties have not exchanged initial disclosures as required under F.R.Civ.P. 26(a) and will exchange initial disclosures on or before March 15, 2008.

**10.    Discovery Plan**

Plaintiff respectfully notes that the scope of discovery will be directly impacted by the participation, if any, of the third-party defendants.  Plaintiff presently anticipates minimal discovery, including requests for admission, request for production of documents, interrogatories and a very few depositions.  At this time Defendant cannot proffer to the Court which areas that discovery is required or if there should be limitations.  The Parties do not presently believe that there should be any limitations on discovery other than as permitted under the Federal and Local Rules.  Discovery will be conducted in accordance with the Federal and Local Rules, unless otherwise agreed by the Parties, or ordered by the Court.  Plaintiff and Defendant request that discovery shall close by June 12th.

**11.    Disclosure of Expert Witnesses**

The Parties do not presently anticipate that expert witnesses will be required in this case.

**12.    Bifurcated Issues**

The Parties do not believe that the case will be more efficiently resolved by bifurcation.

**13.    Other Suggestions**

The Parties can offer no other suggestions for shortening or simplifying the case.

**14.    Proposed Date for Pretrial Conference:**    August 27, 2008.

**15.    Proposed Trial Date:**        September 29, 2008

**16.    Jury/Non-Jury Trial and Lengthy of Trial**

This will be a non-jury trial, and approximately two days are required.

                                        Respectfully Submitted,

| /S/ Tamika L. Taylor | /S/ Jeffrey A. Wothers |
|---|---|
| Tamika L. Taylor, Esq., D.C. Bar #474305 | Jeffrey A. Wothers, Esq. |
| (Signed on behalf of Jeffrey A. Wothers | Niles, Barton & Wilmer, LLP |
| With Permission by Tamika L. Taylor | 111 South Calvert Street, Suite 1400 |
| 1875 Eye Street, N.W., Ste. 557 | Baltimore, MD 21202 |
| Washington, D.C. 20006 | (410) 783-6365 |
| (202) 429-2031 | jawothers@niles-law.com |
| tamitayloresq@aol.com | |

ND: 4845-4424-2434, v. 1

ND: 4824-0481-9714, v. 1