IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON SUSCRIBING TO CERTIFICATE NUMBERS 6540/ATR049 AND 2252/SMP579** | \* <br> \* <br> \* |
| Plaintiff, | \* Civil Action No.: 1:07-CV-02243-EGS |
| v. | \* |
| **TEXAS AVENUE, LLC** | \* |
| Defendant | \* |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

| | |
|---|---|
| **TEXAS AVENUE, LLC** | \* |
| Third-Party Plaintiff | \* |
| v. | \* |
| **GREENPOINT MORTGAGE FUNDING, INC.** | \* |
| & | \* |
| **LEHMAN BROTHERS SMALL BUSINESS FINANCING** | \* <br> \* |
| Third-Party Defendants | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## NOTICE OF SERVICE OF DISCOVERY

I hereby certify that on this 18th day of March 2008, a copy of Plaintiff's, Certain Interested Underwriters at Lloyd's, London, Rule 26(a)(1) Initial Disclosures, was sent via first class mail, postage pre-paid on the following counsel of record:

    Tamika L. Taylor, Esq.
    1875 Eye Street, N.W., Ste. 557
    Washington, D.C. 20006
    (202) 429-2031

Respectfully submitted,
CERTAIN INTERESTED
UNDERWRITERS AT LLOYD'S
LONDON, BY COUNSEL


_____/S/\_\_Jeffrey A. Wothers\_\_\_\_\_
JEFFREY A. WOTHERS, Bar No. 436137
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202-6185
(410) 783-6365
*Counsel for Plaintiff*