## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON SUSCRIBING TO CERTIFICATE NUMBERS 6540/ATR049 AND 2252/SMP579** | * <br> * <br> * |
| Plaintiff, | * Civil Action No.: 1:07-CV-02243-EGS |
| v. | * |
| **TEXAS AVENUE, LLC** | * |
| Defendant | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### PLAINTIFF CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Certain Interested Underwriters at Lloyd's, London, (hereinafter "Lloyd's"), by and through its undersigned counsel, pursuant to F.R.C.P. 56 and Local Civil Rules 7 and 56.1, hereby moves for Summary Judgment, and in support states as follows:

1.     This case arises out of a claim Texas Avenue, LLC (hereinafter "Texas Avenue") made under a policy of insurance issued by Lloyd's, Certificate Nos. 6540/ATR049 and 2252/SMP579, for a fire that occurred at Texas Avenue's property located at 2700 Texas Ave SE, Washington D.C. 20020 on September 22, 2007.

2.     Lloyd's denied Texas Avenue's claim for coverage because the policy in question had been cancelled for non-payment and was not in effect at the time of the fire.  Texas Avenue countered that it was entitled to coverage, and thus Lloyd's filed the instant declaratory judgment action to determine the rights and responsibilities of the parties.

3.      Plaintiff's Complaint seeks a declaration from the Court that Lloyd's is not liable to Defendant under the terms and conditions of the relevant insurance policies, as said policies were cancelled for non-payment and were not in effect at the time of the loss.

4.      There are no genuine issues of material fact concerning the decision of this motion, so that Lloyd's is entitled to summary judgment.

5.      As further discussed in Lloyd's supporting Memorandum, summary judgment should be granted in favor of Lloyd's because there exists no dispute of material fact and the relevant insurance policies were properly cancelled for non-payment of premiums.

Respectfully submitted,


_____/s/_____
JEFFREY A. WOTHERS, Bar No. 436137
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202-6185
(410) 783-6365
*Counsel for Plaintiff/Counter-Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 14th day of July 2008, a copy of Defendant's Motion

for Summary Judgment, Memorandum in support thereof, and the attached exhibits were

electronically mailed via CM/ECF to:

      Tamika L. Taylor, Esq.
      1875 Eye Street, N.W., Ste. 557
      Washington, D.C. 20006
      (202) 429-2031
      tamitayloresq@aol.com

      Attorney for Texas Avenue


                                     /s/
                            JEFFREY A. WOTHERS, Bar No. 436137

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON SUSCRIBING TO CERTIFICATE NUMBERS 6540/ATR049 AND 2252/SMP579** | * <br><br> * <br><br> * |
| Plaintiff, | *   Civil Action No.: 1:07-CV-02243-EGS |
| v. | * |
| **TEXAS AVENUE, LLC** | * |
| Defendant | * |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

<u>**PLAINTIFF CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**</u>

Plaintiff Certain Interested Underwriters at Lloyd's, London, (hereinafter "Lloyd's"), by and through its undersigned counsel, pursuant to F.R.C.P. 56 and Local Civil Rules 7 and 56.1, hereby moves for Summary Judgment, and in support states as follows:

<u>**INTRODUCTION AND STATEMENT OF MATERIAL FACTS**</u>

1.      This case arises out of a claim Texas Avenue, LLC (hereinafter "Texas Avenue") made under a policy of insurance issued by Lloyd's, Certificate Nos. 6540/ATR049 and 2252/SMP579, for a fire that occurred at Texas Avenue's property located at 2700 Texas Ave SE, Washington D.C. 20020 on September 22, 2007.

2.      On January 10, 2006, following a request from Texas Avenue, Lloyd's issued a quotation for a policy of insurance.  Specifically, Lloyd's offered a policy of insurance comprised of two certificates.  Certificate number 6540/ATR049 supported 100% of the requested liability

insurance and 50% of the requested property insurance, while certificate number 2252/SMP579

supported the remaining 50% of the requested property insurance.

3.      The parties were bound to the policy that same day.

4.      On or about September 25, 2006, Texas Avenue was sent notice of cancellation of

each of their two certificates due to nonpayment. *See* Notices of Cancellation, policy number

1580/SMP579, and policy number 3427/ATR049, dated September 25, 2006, attached hereto as

Exhibit A.

5.      On or about November 14, 2006, Texas Avenue brought their account with their

finance company current, and their finance company issued two Reinstatement Requests, one for

each policy, asking that Lloyd's rescind the original request for cancellation. *See* Reinstatement

Requests, policy number 1580/SMP579, and policy number 3427/ATR049, dated November 14,

2006, attached hereto as Exhibit B.

6.      On December 15, 2006, Lloyd's issued a proposal for the renewal of the subject

policy's two certificates. *See* Commercial Lines Insurance Quotation, dated December 15, 2006,

attached hereto as Exhibit C.

7.      The policy was renewed on January 10, 2007.

8.      On or about April 26, 2007, Texas Avenue was sent another notice of cancellation

of each of their two policies due to nonpayment of a premium due under the terms of the policy.

*See* Notice of Cancellation, policy number 2252/SMP579, and Notice of Cancellation, policy

number 6540/ATR049, dated April 26, 2007, attached hereto as Exhibit D.

9.      On or about May 16, 2007, Texas Avenue, by and through its insurance agent,

received a letter alerting it that the premium finance company had issued a notice of cancellation

and further alerting it of the required steps for seeking reinstatement of the policy.  *See* May 16, 2007 Letter to Maggie Chenault, attached hereto as Exhibit E.

10.     On or about June 4, 2007, Texas Avenue brought their account with the premium finance company to "current status" and, yet again, their finance company issued Reinstatement Requests, asking that Lloyd's rescind the prior request for cancellation.  *See* Reinstatement Request, policy number 6540/ATR049, dated June 4, 2007, attached hereto as Exhibit F.

11.     On July 5, 2007, Texas Avenue was again sent notice of cancellation due to nonpayment of a premium due under the terms of the policy.  *See* Notice of Cancellation, policy number 2252/SMP579, and Notice of Cancellation, policy number 6540/ATR049, dated July 5, 2007, attached hereto as Exhibit G.

12.     Upon receiving the July 5, 2007 Notice of Cancellation, Texas Avenue took no action to pursue reinstatement of their insurance policies.  Despite their familiarity with the cancellation and reinstatement procedures, Texas Avenue did not proceed as it had in its past efforts to bring accounts current and reinstate its insurance policies.

13.     After being issued the July 5, 2007, Notice of Cancellation, Texas Avenue did not attempt to reinstate their insurance policies for more than two months.

14.     On or about August 30, 2007, Texas Avenue, by and through its insurance agent, received a letter alerting it that the premium finance company had issued a notice of cancellation and further alerting it of the required steps for seeking reinstatement of the policy.  *See* August 30, 2007 Letter to Maggie Chenault, attached hereto as Exhibit H.

15.     This letter was identical in substance to the letter of May 16, 2007, but, unlike the May letter, this August 30, 2007 went unanswered by Texas Avenue.

16.     On September 22, 2007, a tenant of 2700 Texas Ave SE, Washington D.C. 20020 negligently set fire to the building with an untended cigarette.  The building sustained significant property damage.

17.     Despite the fact that the policy of insurance had been cancelled months earlier, Texas Avenue placed Lloyd's on notice of the loss.

18.     Lloyd's denied Texas Avenue's claim for coverage because the policy in question had been cancelled for non-payment and was not in effect at the time of the fire.

19.     Texas Avenue continued to assert that it was entitled to coverage, and thus Lloyd's filed the instant declaratory judgment action to determine the rights and responsibilities of the parties.

20.     In response, on or about January 28, 2008, Texas Avenue answered the Complaint, and filed a Counter-Claim seeking a declaration that Lloyd's was obligated to provide coverage for the loss.

21.     At the same time, Texas Avenue also filed a Third Party Complaint against Greenpoint Mortgage Funding, Inc., and Lehman Brothers Small Business Financing asserting that Texas Avenue refinanced its mortgage through Greenpoint, and that as part of that transaction, it paid funds into escrow with which for Greenpoint to pay the insurance premiums from May 2007 to December 2007.  Texas Avenue then asserted that Greenpoint assigned the mortgage to Lehman Brothers, and that shortly thereafter, the fire at issue took place.  Texas Avenue filed, but never served this Third Party Complaint.

22.     On February 12, 2008, Lloyd's filed a Motion to Dismiss Texas Avenue's Counter-Claim for failure to state a claim upon which relief could be granted.

23.     Texas Avenue filed no response to Lloyd's Motion to Dismiss.  Accordingly, on March 6, 2008, this Court treated Lloyd's motion as having been conceded by Texas Avenue and granted Lloyd's Motion to Dismiss.

24.     Pursuant to negotiations between counsel, a joint discovery and case management plan was proposed to the Court.

25.     On March 15, 2008, Lloyd's filed and served its initial disclosures in compliance with the joint discovery and case management plan.  Texas Avenue has not filed such initial disclosures to date.

26.     Since the submission of the joint discovery and case management plan, counsel for Texas Avenue has failed to participate in discovery and has not responded to any attempts at communication or negotiation.

27.     On June 19, 2008, Texas Avenue failed to attend a court-mandated status conference.

28.     That same day, this Court issued an Order to Show Cause why the Third Party Complaint, which had still not been served upon the Third Party Defendants, should not be dismissed.

29.     Texas Avenue failed to respond to the Order to Show Cause, and on June 30, 2008, this Court dismissed Texas Avenue's Third Party Complaints with prejudice.

30.     As no dispute of material fact exists, Lloyd's hereby moves this Court to enter Summary Judgment in its favor.

## **STANDARD OF REVIEW**

Summary judgment is appropriate when there is no genuine dispute as to any material fact and the moving party is entitled to judgment in its favor as a matter of law. F.R.C.P. 56. When considering a motion for summary judgment, the court's function is to "determine whether there is a genuine issue for trial." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249 (1986). A dispute about a material fact is genuine "if the evidence is such that a reasonable jury could return a verdict for the nonmoving party." *Anderson*, 477 U.S. at 249. Thus, "the judge must ask himself not whether he thinks the evidence unmistakably favors one side or the other but whether a fair-minded jury could return a verdict for the [nonmoving party] on the evidence presented." *Id*. at 252.

The facts must be viewed and the reasonable inferences drawn therefrom "in the light most favorable to the party opposing the motion." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587 (1986). However, "[t]he Supreme Court has clarified that this does not mean that any factual dispute will defeat the motion: 'By its very terms, this standard provides that the mere existence of *some* alleged factual dispute between the parties will not defeat an otherwise properly supported motion for summary judgment; the requirement is that there be no *genuine* issue of *material* fact.'" *Hovatter v. Widdowson*, 2006 U.S. Dist. LEXIS 14193, 6-7 (D. Md. 2006) (citing, *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 247-48, 106 S. Ct. 2505, 91 L. Ed. 2d 202 (1986) (emphasis in original)). "The party opposing a properly supported motion for summary judgment may not rest upon the mere allegations or denials of [his] pleadings, 'but rather must set forth specific facts showing that there is a genuine issue for trial.'" *Bouchat v.*

*Baltimore Ravens Football Club, Inc.*, 346 F.3d 514, 525 (4th Cir. 2003) (alteration in original) (quoting Fed. R. Civ. P. 56(e)).

## STATEMENT OF POINTS AND AUTHORITIES

There is no dispute of material fact in this matter. Texas Avenue obtained a policy from Lloyd's but then failed to ensure that Lloyd's received payment for the policy of insurance in question. Accordingly, Lloyd's cancelled the policy, and it was not in effect at the time of the underlying loss. Texas Avenue does not dispute these facts. As such, Lloyd's is entitled to judgment as a matter of law.

Texas Avenue has provided no discovery, and accordingly, virtually no indication of its litigation posture. In its now-dismissed Counter-Claim, however, Texas Avenue asserted that it obtained the policies of insurance in question, and that it paid its premiums for coverage through May 2007. It then asserted that it refinanced its mortgage through now-dismissed Third-Party Defendant Greenpoint, and that as part of that transaction, it paid funds into escrow for Greenpoint to pay the insurance premiums from May 2007 to December 2007. Texas Avenue asserted that Greenpoint assigned the mortgage to Lehman Brothers, and that shortly thereafter, the fire at issue took place. Following the fire, Texas Avenue claims, it notified Lloyd's of the loss, and its claim was rejected because the policy had been cancelled for non-payment.

Texas Avenue did not assert that it paid Lloyd's for coverage. Rather, it asserted that it provided funds to Greenpoint to pay for said coverage. Texas Avenue does not in any way dispute that Lloyd's did not receive payment for premiums due. It does not dispute that the policy in question was not in effect at the time of the loss. Nor does it dispute that Lloyd's

properly cancelled said policy for non-payment.  Rather, it appears as though Texas Avenue's position was that Greenpoint or Lehman Brothers *should* have paid for the policy and failed to do so.  Texas Avenue, however, failed to prosecute its claims against those parties, and those claims have now been dismissed with prejudice.

The factual record, viewed in the light most favorable to Texas Avenue, does not even suggest that Lloyd's had any duty to provide Texas Avenue with coverage.  In fact, the undisputed material facts plainly establish that no such duty existed.  Texas Avenue paid Greenpoint – not Lloyd's – for coverage.  Texas Avenue does not assert that Greenpoint paid Lloyd's, nor does it dispute that Lloyd's was not paid.  As such, there is no dispute of material fact, and Lloyd's is entitled to judgment as a matter of law.

<u>**CONCLUSION**</u>

WHEREFORE, Plaintiff Certain Interested Underwriters at Lloyd's London respectfully requests that this Court grant summary judgment in its favor in the form of a declaration that Plaintiff is not liable in any way to Defendant under the terms and conditions of the relevant insurance policies, as said policies were cancelled for non-payment and were not in effect at the time of the loss, and grant any other such relief as may be deemed appropriate.

Respectfully submitted,

_____/s/_____
JEFFREY A. WOTHERS, Bar No. 436137
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202-6185
(410) 783-6365
*Counsel for Plaintiff/Counter-Defendant*

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

| Account# 0271029 | Date Mailed to Insured. | 9/25/06 | | Effective Date of Cancellation | 9/30/06 |

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 3427/ATR049 | 1/10/06 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

TEXAS AVE LLC.
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

| Account# 0271029 | Date Mailed to Insured. | 9/25/06 | | Effective Date of Cancellation | 9/30/06 |

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 3427/ATR049 | 1/10/06 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

| Account# 0271029 | Date Mailed to Insured. | 9/25/06 | | Effective Date of Cancellation | 9/30/06 |

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 3427/ATR049 | 1/10/06 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

Account# 0271029  Date Mailed to Insured. 9/25/06    Effective Date of Cancellation 9/30/06

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 1580/SMP579 | 1/10/06 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

Account# 0271029  Date Mailed to Insured. 9/25/06    Effective Date of Cancellation 9/30/06

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 1580/SMP579 | 1/10/06 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# NOTICE OF CANCELLATION

Account# 0271029  Date Mailed to Insured. 9/25/06    Effective Date of Cancellation 9/30/06

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 1580/SMP579 | 1/10/06 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account # ___0271029___    Date of Request ___11/14/06___

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 1580/SMP579 | 1/10/06 | 9/30/06 | CERTAIN UNDERWRITERS AT LLOYDS |

On 9/30/06  we requested cancellation of the above listed policy. The insured brought the account to a current status on 11/14/06
We ask that you rescind the original request for cancellation.

NOTE TO INSURED }
1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account # ___0271029___    Date of Request ___11/14/06___

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 1580/SMP579 | 1/10/06 | 9/30/06 | CERTAIN UNDERWRITERS AT LLOYDS |

On 9/30/06  we requested cancellation of the above listed policy. The insured brought the account to a current status on 11/14/06
We ask that you rescind the original request for cancellation.

NOTE TO INSURED }
1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account # ___0271029___    Date of Request ___11/14/06___

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 1580/SMP579 | 1/10/06 | 9/30/06 | CERTAIN UNDERWRITERS AT LLOYDS |

On 9/30/06  we requested cancellation of the above listed policy. The insured brought the account to a current status on 11/14/06
We ask that you rescind the original request for cancellation.

NOTE TO INSURED }
1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account # ___0271029___          Date of Request ___11/14/06___

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 3427/ATR049 | 1/10/06 | 9/30/06 | CERTAIN UNDERWRITERS AT LLOYDS |

On 9/30/06, we requested cancellation of the above listed policy. The insured brought the account to a current status on 11/14/06. We ask that you rescind the original request for cancellation.

NOTE TO INSURED }
1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account # ___0271029___          Date of Request ___11/14/06___

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 3427/ATR049 | 1/10/06 | 9/30/06 | CERTAIN UNDERWRITERS AT LLOYDS |

On 9/30/06, we requested cancellation of the above listed policy. The insured brought the account to a current status on 11/14/06. We ask that you rescind the original request for cancellation.

NOTE TO INSURED }
1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account # ___0271029___          Date of Request ___11/14/06___

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 3427/ATR049 | 1/10/06 | 9/30/06 | CERTAIN UNDERWRITERS AT LLOYDS |

On 9/30/06, we requested cancellation of the above listed policy. The insured brought the account to a current status on 11/14/06. We ask that you rescind the original request for cancellation.

NOTE TO INSURED }
1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

TEXAS AVE LLC
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

# all risks
## LIMITED

9030 Stony Pt. Pkwy, Suite 230
Richmond, VA. 23235
(800) 366-7475 or (804) 330-4652
Fax:(804)330-9485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION          PAGE     1

12/15/06

FROM:   KATHY BLACKWELL
        RICHMOND OFC          Extension:  205
        FAX#: 1-804-330-9485

**CORPORATE OFFICE**

Hunt Valley, MD

TO:     M.A. CHENAULT INSURANCE SVCS      190354
        FAX#: 1-301-498-6526

ATTN:   Maggie Chenault

RE:     TEXAS AVE LLC                      SUB#:   950320

**BRANCH OFFICES**

Phoenix, AZ

EXPIRES:   1/10/07

Oakland, CA

WE ARE PLEASED TO SUBMIT OUR PROPOSAL FOR THE CAPTIONED SUBJECT. QUOTE IS
BASED ON THE FOLLOWING LIMITS, COVERAGE, ETC. PLEASE READ QUOTE CAREFULLY
AS COVERAGES BEING OFFERED MAY BE MORE LIMITED THAN COVERAGES REQUESTED.

La Mirada, CA

Ft. Lauderdale, FL

THE INSURANCE POLICY THAT YOU HAVE APPLIED FOR HAS BEEN PLACED WITH OR IS
BEING OBTAINED FROM AN INSURER APPROVED BY THE STATE CORPORATION COMMISSION
FOR ISSUANCE OF SURPLUS LINES INSURANCE IN THIS COMMONWEALTH, BUT NOT

Jupiter, FL

LICENCED OR REGULATED BY THE STATE CORPORATION COMMISSION OF THE COMMON-

Tampa, FL

WEALTH OF VIRGINIA. THEREFORE YOU, THE POLICYHOLDER, AND PERSONS FILING A
CLAIM AGAINST YOU ARE NOT PROTECTED UNDER THE VIRGINIA PROPERTY AND CASUALTY

Atlanta, GA

INSURANCE GUARANTY ASSOCIATION AGAINST DEFAULT OF THE COMPANY DUE TO INSOLV-
ENCY. IN THE EVENT OF INSURANCE COMPANY INSOLVENCY YOU MAY BE UNABLE TO

Charlotte, NC

COLLECT ANY AMOUNT OWED TO YOU BY THE COMPANY REGARDLESS OF THE TERMS OF THIS

King of Prussia, PA

INSURANCE POLICY, AND YOU MAY HAVE TO PAY FOR ANY CLAIMS MADE AGAINST YOU.

York, PA

## Section I / Property Coverage

Dallas, TX

| Limit | Property Covered | Causes of Loss |
|-------|------------------|----------------|

Richmond, VA

| | | |
|---|---|---|
| $600,000 | BUILDING<br>80% CO-INS RCV BASIS<br>$1,000 DEDUCTIBLE | SPECIAL FORM |
| $28,800 | BUILDING<br>80% CO-INS RCV BASIS<br>$1,000 DEDUCTIBLE | SPECIAL FORM |

PREMIUM:                    $3,773.00
TAX:                           $88.27
POLICY FEE:                   $150.00
ASSESSMENT F                    $1.18
COMPANY:          CERTAIN UNDERWRITERS AT LLOYDS
MINIMUM EARNED PREMIUM:  25% AT INCEPTION.
*************************************************************************

{CONTINUED}



9030 Stony Pt. Pkwy. Suite 230
Richmond, VA. 23235
(800) 366-7475 or (804) 330-4652
Fax:(804)330-9485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION          PAGE    2

RE:    TEXAS AVE LLC

### SECTION II / GENERAL LIABILITY COVERAGE :

| | |
|---|---|
| GENERAL AGGREGATE | 2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE | 1,000,000 |
| PERSONAL & ADVERTISING INJURY | 1,000,000 |
| EACH OCCURRENCE | 1,000,000 |
| FIRE DAMAGE LEGAL LIABILITY | 100,000 |
| MEDICAL PAYMENTS | 5,000 |

**CORPORATE OFFICE**
Hunt Valley, MD

**BRANCH OFFICES**

Phoenix, AZ

DEDUCTIBLE:        $500  PER CLAIM INCLUDING LOSS ADJUSTMENT
                         EXPENSE AND DEFENSE COSTS.

Oakland, CA

| | |
|---|---|
| PREMIUM: | $750.00 |
| TAX: | $16.88 |
| ASSESSMENT F | $.23 |

La Mirada, CA

COMPANY:                CERTAIN UNDERWRITERS AT LLOYDS

Ft. Lauderdale, FL

MINIMUM EARNED PREMIUM:  25% AT INCEPTION.
PREMIUM IS SUBJECT TO AUDIT.

Jupiter, FL

*********************************************************

Tampa, FL

Atlanta, GA

**APPLICABLE TERMS: ACTUAL POLICY MAY CONTAIN ADDITIONAL TERMS.
PLEASE CONTACT ALL RISKS, LTD. FOR EXACT WORDING IF NEEDED.**

Charlotte, NC

King of Prussia, PA

York, PA

Dallas, TX

Richmond, VA

| | | |
|---|---|---|
| - ARF3456 | | BRITISH COMMON POLICY DEC |
| - ARF3457 | | BRITISH LIABILITY SUPPLEMENTAL DECLARATIONS |
| - ARF3458 | | BRITISH PROPERTY SUPPLEMENTAL DEC |
| - ARF1775 (10/96) | | SCHEDULE OF FORMS |
| - ARF2408 | | MINIMUM AND ADVANCE PREMIUM ENDORSEMENT |
| - AR-81(4/88) | | TOTAL LOSS ENDORSEMENT |
| - AR-85 | P/O | VACANCY & UNOCCUPANCY CLAUSE |
| - AR-86 | P/O | SERVICE OF SUIT CLAUSE (U.S.A.) |
| - ARF7771A | | AMENDMENT OF PREMIUM CONDITIONS |
| - ARF7771B | | NEW ENTITIES |
| - ARF7771C | | CONTRACTUAL LIABILITY LIMITATION |
| - ARF7771D | | EXCLUSION - EMPLOYMENT RELATED PRACTICES |
| - ARF7771E | | TOTAL POLLUTION EXCLUSION ENDORSEMENT |
| - ARF7771F | | EXCLUSION - LEAD CONTAMINATION |
| - ARF7771G | | DAMAGE TO PROPERTY |
| - ARF7771H | | LIMITATION - 'YOUR PRODUCTS' DEFINITION |
| - ARF7771I | | EXCLUSION - COMMUNICABLE DISEASE |
| - ARF7771J | | EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES, FINES OR PENALTIE |
| - ARF7771K | | EXCLUSION - ASBESTOS, SILICA OR FORMALDEHYDE |
| - ARF7771L | | AMENDMENT OF LIQUOR LIABILITY EXCLUSION |
| - ARF7771M | | EXCLUSION - AIRCRAFT, 'AUTO' OR WATERCRAFT |
| - ARF7771N | | LIMITATION - OTHER INSURANCE |
| - ARF7771O | | EXCLUSION - CLASSIFICATION LIMITATION |

(CONTINUED)





9030 Stony Pt. Pkwy, Suite 230
Richmond, VA. 23235
(800) 366-7475 or (804) 330-4652
Fax:(804)330-9485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION          PAGE    3

RE:    TEXAS AVE LLC

| | | |
|---|---|---|
| - | ARF7771P | EXCLUSION - VOLUNTARY LABOR |
| - | ARF7771Q | EXCLUSION - EXPECTED OR INTENDED INJURY |
| - | ARF7771R | EXCLUSION - ASSAULT, BATTERY AND NEGLIGENT HIRING/SUPERVISIO |
| - | ARF7771S | EXCLUSION - SEXUAL ACTION, ABUSE OR MOLESTATION |

**CORPORATE OFFICE**
Hunt Valley, MD

| | | |
|---|---|---|
| - | ARF7771T | EXCLUSION - INDEPENDENT CONTRACTORS' EMPLOYEES OR LEASED WOR |
| - | ARF7771U | EXCLUSION - INJURY TO LEASED WORKERS AND PROACTICES RELATED |
| - | ARF7771V | PERSONAL AND ADVERTISING INJURY AMENDMENTS |
| - | ARF7771W | INTERNET LIABILITIES EXCLUSION |
| - | CG0001(7/98) | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |

**BRANCH OFFICES**

| | | |
|---|---|---|
| - | CG0300(1/96) | DEDUCTIBLE LIABILITY INSURANCE |
| - | CP0010(4/02) | BUILDING AND PERSONAL PROPERTY COVERAGE |

Phoenix, AZ

| | | |
|---|---|---|
| - | CP0090(7/88) | COMMERCIAL PROPERTY CONDITIONS |
| - | IL0017(11/98) | COMMON POLICY CONDITIONS |

Oakland, CA

| | | |
|---|---|---|
| - | IL0138(5/04) | VIRGINIA CHANGES |
| - | IL0152(5/04) | VIRGINIA CHANGES |

La Mirada, CA

| | | |
|---|---|---|
| - | LSW 1001 | SEVERAL LIABILITY NOTICE |
| - | LSW1135B (6/03) | LLOYD'S PRIVACY POLICY STATEMENT |

Ft. Lauderdale, FL

| | | |
|---|---|---|
| - | MOLDEX(9/01) | TOTAL "MOLD EXCLUSION" |

Jupiter, FL

| | | |
|---|---|---|
| - | NMA1191 | RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE |
| - | NMA1256(17/3/60) | NUCLEAR INCIDENT EXCLUSION CLAUSE-LIABILITY-DIRECT(BROAD) |

Tampa, FL

| | | |
|---|---|---|
| - | NMA1331(20/4/61) | CANCELLATION CLAUSE |
| - | NMA1998 | SERVICE OF SUIT CLAUSE (U.S.A.) |

Atlanta, GA

| | | |
|---|---|---|
| - | NMA2341(24/11/88) | LAND, WATER AND AIR EXCLUSION |
| - | NMA2342(24/11/88) | SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION |

Charlotte, NC

| | | |
|---|---|---|
| - | NMA2802(17/12/97) | ELECTRONIC DATE RECOGNITION EXCLUSIN(EDRE) |
| - | NMA2920(08/10/01) | TERRORISM EXCLUSION ENDORSEMENT |

King of Prussia, PA

| | | |
|---|---|---|
| - | NMA2962 (2/03) | BIOLOGICAL OR CHEMICAL MATERIALS EXCLUSION |
| - | NMA464 | WAR AND CIVIL WAR EXCLUSION CLAUSE |

York, PA

| | | |
|---|---|---|
| - | SLB-9 | VIRGINIA FORM SLB-9 |
| - | ARF0925 | MINIMUM EARNED PREMIUM ENDORSEMENT |

Dallas, TX

| | | |
|---|---|---|
| - | IL0415(4/98) | PROTECTIVE SAFEGUARDS |
| - | CP0030(4/02) | BUSINESS INCOME(AND EXTRA EXPENSE) COVERAGE FORM |

Richmond, VA

| | | |
|---|---|---|
| - | CP1030(4/02) | CAUSE OF LOSS - SPECIAL FORM |

**TOTAL NUMBERS**

| | |
|---|---|
| PREMIUM: | $4,523.00 |
| TAX: | $105.15 |
| POLICY FEE: | $150.00 |
| ASSESSMENT F | $1.41 |
| TOTAL: | $4,779.56 |

COMPANY:          CERTAIN UNDERWRITERS AT LLOYDS
COMMISSION:       .1000

REMARKS: TERMS AND EXCLUSIONS PER POLICY TO BE ISSUED.

(CONTINUED)



9030 Stony Pt. Pkwy, Suite 230
Richmond, VA. 23235
(800) 366—7475 or (804) 330—4652
Fax(804)330—9485
www.allrisks.com

COMMERCIAL LINES INSURANCE QUOTATION          PAGE          4

RE:          TEXAS AVE LLC
             TERRORISM CAN BE ADDED FOR AN ADDITIONAL PREMIUM
             OF $452 PLUS TAX.
             QUOTE IS BASED ON CLASS CODE 60010 WITH 8 UNITS.
             I WILL NEED SIGNED TERRORISM EITHER ACCEPTING OR
             REJECTING COVERAGE, THREE DECLINING CARRIERS AND
             UPDATED ACORD APPS PRIOR TO BINDING.

             POLICY WILL WARRANT:

             FUNCTIONAL SMOKE ALARMS IN ALL UNITS

**CORPORATE OFFICE**
Hunt Valley, MD

**BRANCH OFFICES**

Phoenix, AZ

Oakland, CA

La Mirada, CA

Ft. Lauderdale, FL

Jupiter, FL

Tampa, FL

Atlanta, GA

Charlotte, NC

King of Prussia, PA

York, PA

Dallas, TX

Richmond, VA

QUOTE IS SUBJECT TO A SATISFACTORY INSPECTION AND IS VALID FOR  30 DAYS.
IF COVERAGE IS BOUND PLEASE PROVIDE THE NAME AND NUMBER OF THE
INSPECTION CONTACT. IF COVERAGE IS FINANCED, WE CANNOT GUARANTEE
REINSTATEMENT FOR NON-PAYMENT OF PREMIUM. REINSTATEMENT ELIGIBILITY
VARIES BY INDIVIDUAL CARRIER. WE LOOK FORWARD TO HEARING FROM YOU.

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM
## INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act of 2002 ("TRIA") as amended, that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States-to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Any coverage you purchase for "acts of terrorism" shall expire at 12:00 midnight December 31, 2007, the date on which the TRIA Program is scheduled to terminate or the expiry date of the policy whichever occurs first; and shall not cover any losses or events which arise after the earlier of these dates.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% (85% IN RESPECT OF LOSSES OCCURING AFTER DECEMBER 31 2006) OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURER(S) PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

| | I hereby elect to purchase coverage for acts of terrorism for a prospective premium of $ |
| --- | --- |
| | I hereby elect to have coverage for acts of terrorism excluded from my policy. I understand that I will have no coverage for losses arising from acts of terrorism. |

_____
Policyholder/Applicant's Signature

_____
Syndicate on behalf of certain
underwriters at Lloyd's

_____
Print Name

_____
Policy Number

_____
Date

LMA9094
22/12/05
Form approved by Lloyd's Market Association

G:\Insurance\Reductions\LMA Reductions\2005\LMA9094.doc

COMMERCIAL LINES INSURANCE QUOTATION        PAGE    6

THANKS FOR ALLOWING US TO QUOTE ON THE ABOVE CAPTIONED RISK. IN ORDER TO
BIND THIS ACCOUNT, YOU MUST COMPLETE THE INFO BELOW AND SIGN THIS FORM.
THIS WILL ENABLE US TO FILE THE VIRGINIA SURPLUS LINES TAXES. PLEASE BE
SURE TO FULLY COMPLETE ALL THE REQUESTED INFO.

ADMITTED COMPANY    UNDERWRITER NAME      LOCATION          DATE
COMPLETE NAME                            CITY/STATE        DECLINED

1._____

2._____

3._____

WE APPRECIATE YOUR PROMPT ATTENTION IN THIS MATTER.


_____        _____
DATE                           AGENTS SIGNATURE

IN ORDER TO KEEP OUR SYSTEM CURRENT AND ACCURATE, PLEASE COMPLETE THE
FOLLOWING INFO REGARDING YOUR VIRGINIA RESIDENT OR NON-RESIDENT INSURRANCE
LICENSE.


_____        _____
NAME ON LICENSE                LICENSE NUMBER

# NOTICE OF CANCELLATION

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955    Account# 0291    Date Mailed to Insured.    4/26/07    Effective Date of Cancellation    5/01/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 2252/SMP579 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

# NOTICE OF CANCELLATION

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955    Account# 0299513    Date Mailed to Insured.    4/26/07    Effective Date of Cancellation    5/01/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 2252/SMP579 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

# NOTICE OF CANCELLATION

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955    Account# 0299513    Date Mailed to Insured.    4/26/07    Effective Date of Cancellation    5/01/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 2252/SMP579 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

## NOTICE OF CANCELLATION

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955    Account# 0299513

| Date Mailed to Insured | | Effective Date of Cancellation |
|---|---|---|
| 4/26/07 | | 5/01/07 |

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 6540/ATR049 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

## NOTICE OF CANCELLATION

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955    Account# 0299513

| Date Mailed to Insured | | Effective Date of Cancellation |
|---|---|---|
| 4/26/07 | | 5/01/07 |

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 6540/ATR049 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

## NOTICE OF CANCELLATION

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955    Account# 0299513

| Date Mailed to Insured | | Effective Date of Cancellation |
|---|---|---|
| 4/26/07 | | 5/01/07 |

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | POLICY PREMIUM |
|---|---|---|---|
| 6540/ATR049 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS | |

You are hereby notified that the policy described above is cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute.

John A. Lassen, Jr., President

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY



7030 Stony Point Parkway, Suite 230
Richmond, VA 23235
(800) 366-7475 or (804) 330-4652
Fax: (804) 330-9485
www.allrisks.com

F A X   M E M O

05/16/07

ALL RISKS, LTD.
RICHMOND OFC
FAX#: 804-330-9485

FROM: Crystal Jones
NUMBER OF PAGES INCLUDING TRANSMITTAL:

TO:   M.A. CHENAULT INSURANCE SVCS
FAX NUMBER: 1-301-498-6526

ATTN: Maggie Chenault

RE:   TEXAS AVE LLC
POLICY: 6540/ATR049      EXPIRING: 01/10/08

DEAR Maggie,

PLEASE BE ADVISED WE ARE IN RECEIPT OF A NOTICE OF CANCELLATIO
FROM THE FINANCE COMPANY.  THE EFFECTIVE DATE OF THE
CANCELLATION IS 05/01/07 .

IF WE RECEIVE A REQUEST FROM THE FINANCE COMPANY TO REINSTATE,
WE WILL REQUIRE A NO LOSS LETTER FROM THE INSURED, IN ORDER TO
CONSIDER REINSTATEMENT.

THE NO LOSS LETTER MUST STATE THERE HAVE BEEN NO LOSSES BETWEE
THE CANCELLATION DATE AND THE CURRENT DATE.  PLEASE FAX THIS N
LOSS LETTER TO MY ATTENTION.  UPON RECEIPT OF THIS INFORMATION
WE WILL ADVISE YOU AS SOON AS POSSIBLE IF REINSTATEMENT WILL B
GRANTED.

CANCELLATION WILL BE PROCESSED WITHIN 10 DAYS UNLESS I RECEIVE
A FAX WITH THE ABOVE INFORMATION.

SHOULD YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO
CONTACT ME.

                              THANK YOU,

                              Crystal Jones



Arizona • California • DC Metro • Florida • Georgia • Illinois • Maryland
North Carolina • Pennsylvania • Texas • Virginia
CA License 0B84526

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account #    0299513                          Date of Request    6/04/07

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 6540/ATR049 | 1/10/07 | 5/01/07 | CERTAIN UNDERWRITERS AT LLOYDS |

On 5/01/07   we requested cancellation of the above listed policy. The insured brought the account to a current status on  6/04/07
We ask that you rescind the original request for cancellation.

NOTE TO INSURED }
1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account #    0299513                          Date of Request    6/04/07

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 6540/ATR049 | 1/10/07 | 5/01/07 | CERTAIN UNDERWRITERS AT LLOYDS |

On 5/01/07   we requested cancellation of the above listed policy. The insured brought the account to a current status on  6/04/07
We ask that you rescind the original request for cancellation.

NOTE TO INSURED }
1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

INSURED
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (800) 611-0955

# REINSTATEMENT REQUEST

Account #    0299513                          Date of Request    6/04/07

| POLICY NUMBER | EFFECTIVE DATE | DATE OF CANCELLATION | INSURANCE COMPANY |
|---|---|---|---|
| 6540/ATR049 | 1/10/07 | 5/01/07 | CERTAIN UNDERWRITERS AT LLOYDS |

On 5/01/07   we requested cancellation of the above listed policy. The insured brought the account to a current status on  6/04/07
We ask that you rescind the original request for cancellation.

NOTE TO INSURED }
1. We do not enter upon or sanction that this policy will be reinstated.
2. This request is conditioned upon your check being honored by your bank. If your check is not honored this notice is null and void.
3. We advise that you contact your Insurance Agent to determine the current status of your insurance coverage.

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

kipjack Premium Finance Company
)150 York Road, 5th Floor
unt Valley, MD 21030
hone: (410) 828-0955

# NOTICE OF CANCELLATION

Account# 0299513    Date Mailed to insured: 7/05/07    Effective Date of Cancellation: 7/05/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute. |
|---|---|---|---|
| 22527SMP579 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS<br>NEW LOOM HOUSE<br>SUITE 405<br>LONDON EN E1 1LU | _John A. Lassen_<br>John A. Lassen, Jr., President |

iu are hereby notified that the policy(ies) described above is/are cancelled for nonpayment of installment, in accordance with the terms and nditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is ective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the emium finance company.

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

kipjack Premium Finance Company
)150 York Road, 5th Floor
unt Valley, MD 21030
hone: (410) 828-0955

# NOTICE OF CANCELLATION

Account# 0299513    Date Mailed to insured: 7/05/07    Effective Date of Cancellation: 7/05/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute. |
|---|---|---|---|
| 22527SMP579 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS<br>NEW LOOM HOUSE<br>SUITE 405<br>LONDON EN E1 1LU | _John A. Lassen_<br>John A. Lassen, Jr., President |

iu are hereby notified that the policy(ies) described above is/are cancelled for nonpayment of an installment, in accordance with the terms and nditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is ective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the emium finance company.

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

kipjack Premium Finance Company
)150 York Road, 5th Floor
unt Valley, MD 21030
hone: (410) 828-0955

# NOTICE OF CANCELLATION

Account# 0299513    Date Mailed to insured: 7/05/07    Effective Date of Cancellation: 7/05/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute. |
|---|---|---|---|
| 22527SMP579 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS<br>NEW LOOM HOUSE<br>SUITE 405<br>LONDON EN E1 1LU | _John A. Lassen_<br>John A. Lassen, Jr., President |

iu are hereby notified that the policy(ies) described above is/are cancelled for nonpayment of an installment, in accordance with the terms and nditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is ective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the emium finance company.

INSURED
TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (410) 828-0955

# NOTICE OF CANCELLATION

Account# 0299513    Date Mailed to Insured. 7/05/07    Effective Date of Cancellation 7/05/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | |
|---|---|---|---|
| 6540/ATRU049 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS SUITE 405 NEW LOOM HOUSE LONDON E1 1LU | The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute. |

John A. Lassen, Jr., President

You are hereby notified that the policy(ies) described above is/are cancelled for nonpayment of installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (410) 828-0955

# NOTICE OF CANCELLATION

Account# 0299513    Date Mailed to Insured. 7/05/07    Effective Date of Cancellation 7/05/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | |
|---|---|---|---|
| 6540/ATRU049 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS SUITE 405 NEW LOOM HOUSE LONDON E1 1LU | The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute. |

John A. Lassen, Jr., President

You are hereby notified that the policy(ies) described above is/are cancelled for nonpayment of an installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

INSURED
TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER COPY

---

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone: (410) 828-0955

# NOTICE OF CANCELLATION

Account# 0299513    Date Mailed to Insured. 7/05/07    Effective Date of Cancellation 7/05/07

| POLICY NUMBER | INCEPTION DATE | INSURANCE COMPANY | |
|---|---|---|---|
| 6540/ATRU049 | 1/10/07 | CERTAIN UNDERWRITERS AT LLOYDS SUITE 405 NEW LOOM HOUSE LONDON E1 1LU | The undersigned does hereby certify that the named insured and the insurance agent have been furnished the ten days written notice of our intent to cancel as required by Statute. |

John A. Lassen, Jr., President

You are hereby notified that the policy(ies) described above is/are cancelled for nonpayment of an installment, in accordance with the terms and conditions of the Premium Finance Agreement with Skipjack Premium Finance Co. which incorporates a power of attorney. This cancellation is effective at 12:01 A.M. on the above captioned date. The state insurance code provides that the gross unearned premium be returned to the premium finance company.

INSURED
TEXAS AVE LLC
C/O MIMI GEANAULT
PO BOX 151443
ALEXANDRIA VA 22315

BROKER
M.A. CHENAULT INSURANCE SVCS
329 PRINCE GEORGE ST
LAUREL MD 20707

FILE COPY



9030 Stony Point Parkway, Suite 230
Richmond, VA 23235
(800) 366-7475 or (804) 330-4652
Fax: (804) 330-9485
www.allrisks.com

F A X   M E M O

08/30/07

ALL RISKS, LTD.
RICHMOND OFC
FAX#: 804-330-9485

FROM: Crystal Jones
NUMBER OF PAGES INCLUDING TRANSMITTAL:

TO:  M.A. CHENAULT INSURANCE SVCS
FAX NUMBER: 1-301-498-6526

ATTN: Maggie Chenault

RE:  TEXAS AVE LLC
POLICY: 2252/SMP579    EXPIRING: 01/10/08

DEAR Maggie,

PLEASE BE ADVISED WE ARE IN RECEIPT OF A NOTICE OF CANCELLATIO
FROM THE FINANCE COMPANY.  THE EFFECTIVE DATE OF THE
CANCELLATION IS 07/05/07.

IF WE RECEIVE A REQUEST FROM THE FINANCE COMPANY TO REINSTATE,
WE WILL REQUIRE A NO LOSS LETTER FROM THE INSURED, IN ORDER TO
CONSIDER REINSTATEMENT.

THE NO LOSS LETTER MUST STATE THERE HAVE BEEN NO LOSSES BETWEE
THE CANCELLATION DATE AND THE CURRENT DATE.  PLEASE FAX THIS N
LOSS LETTER TO MY ATTENTION.  UPON RECEIPT OF THIS INFORMATION
WE WILL ADVISE YOU AS SOON AS POSSIBLE IF REINSTATEMENT WILL B
GRANTED.

CANCELLATION WILL BE PROCESSED WITHIN 10 DAYS UNLESS I RECEIVE
A FAX WITH THE ABOVE INFORMATION.

SHOULD YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO
CONTACT ME.

THANK YOU,

Crystal Jones



Arizona • California • DC Metro • Florida • Georgia • Illinois • Maryland
North Carolina • Pennsylvania • Texas • Virginia
CA License 0B84526

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CERTAIN INTERESTED UNDERWRITERS** | * |
| **AT LLOYD'S LONDON SUSCRIBING TO** | |
| **CERTIFICATE NUMBERS 6540/ATR049** | * |
| **AND 2252/SMP579** | |
| | * |
| Plaintiff, | *  Civil Action No.: 1:07-CV-02243-EGS |
| v. | * |
| **TEXAS AVENUE, LLC** | * |
| Defendant | * |

*    *    *    *    *    *    *    *    *    *    *    *    *

**<u>ORDER</u>**

UPON CONSIDERATION of Plaintiff Certain Interested Underwriters at Lloyd's,

London's Motion for Summary Judgment, and any opposition thereto, it is this _____ day of

_____ 2008 hereby ORDERED that Plaintiff's motion be and is hereby

GRANTED, it is further

ORDERED, that Plaintiff is not liable in any way to Defendant under the terms and

conditions of the relevant insurance policies, as said policies were properly cancelled for non-

payment and were not in effect at the time of the loss.

_____
JUDGE